UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION, | No. 2:17-cv-1895 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| ZHIXIANG HU, | |
| Defendant. | |

This action came before the court on November 9, 2017, for hearing of plaintiff's motion for expedited discovery. (ECF No. 13.) Attorneys Bryan Wilson and Albert Ruto appeared telephonically on behalf of the plaintiff. Attorney Andrea Close appeared in person on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's October 6, 2017 motion for expedited discovery (ECF No. 13) is granted in part;

2. Within ten days of the November 9, 2017 hearing defendant shall respond to plaintiff's Interrogatory No. 4, as modified: "Identify the password or login information for any CSPC Dophen email accounts in your possession."; and

////

1

3. Plaintiff's October 6, 2017 motion for expedited discovery (ECF No. 13) is denied in all other respects.

Dated: November 9, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cspc1895.oah.110917