1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  YUE LI (BAR NO. 287280)
   YLi@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5
   C. JASON SMITH (CA SBN 237966)
6  cjsmith@smplawcorp.com
   SMITH, MCDOWELL & POWELL
7  A LAW CORPORATION
   100 Howe Avenue, Suite 208 South
8  Sacramento, California 95825
   Telephone: 916-569-8100
9
   Attorneys for Plaintiff
10 CSPC DOPHEN CORPORATION

11                         UNITED STATES DISTRICT COURT

12                         EASTERN DISTRICT OF CALIFORNIA

13                                SACRAMENTO DIVISION

| | |
|---|---|
| 14  CSPC DOPHEN CORPORATION,<br>15              Plaintiff,<br>         v.<br>16  ZHIXIANG HU, also known as SEAN HU, an<br>17  individual,<br>                 Defendant.<br>18  ZHIXIANG HU, also known as SEAN HU, an<br>19  individual<br>               Counter-Claimant,<br>20       v.<br>21  CSPC DOPHEN CORPORATION, a New Jersey<br>    Corporation; CSPC PHARMACEUTICAL GROUP<br>22  LIMITED, a Hong Kong Corporation; YINGUI LI,<br>    an individual; JINXU WANG, an individual; JUMIN<br>23  SUN, an individual; DONGCHEN CAI, an<br>    individual, and ROES 1 through 50, inclusive,<br>24              Counter-Defendants. | Case No.   2:17-cv-01895-MCE-DB<br><br>**CSPC DOPHEN CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Complaint Filed:  September 11, 2017<br>Trial Date:  None Set |

CSPC DOPHEN'S MOTION FOR LEAVE TO FILE SURREPLY
CASE NO. 2:17-CV-01895-MCE-DB
pa-1814551

1

Plaintiff and Counter-defendant CSPC Dophen Corporation ("CSPC Dophen") moves for leave to file the brief surreply attached hereto as Exhibit A, in further support of CSPC Dophen's Opposition to Defendant's Motion for Disqualification of Counsel (ECF No. 24).  A surreply is warranted because Defendant and Counter-Claimant Dr. Hu's reply brief offers new evidence and makes a new argument that was not included in the moving papers.  Specifically, Dr. Hu's counsel submits a declaration testifying to a search of county business records, and offers new evidence and argument based on that search.  (ECF No. 32, 2:3-9; ECF No. 32-1, ¶¶ 4-5.)  CSPC Dophen had no opportunity to respond to this evidence and argument because it was not included in Dr. Hu's moving papers, even though it was available and could have been included.  A surreply is therefore appropriate to allow CSPC Dophen to respond.  *See, e.g., Hill v. England*, 2005 WL 3031136, *1 (E.D. Cal. Nov. 8, 2005) (surreply appropriate when movant raises new arguments in reply brief).

Dated: November 13, 2017               MORRISON & FOERSTER LLP


                                       By:  */s/ Bryan Wilson*
                                            BRYAN WILSON

                                            Attorneys for Plaintiff
                                            CSPC DOPHEN CORPORATION