BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
YUE LI (CA SBN 287280)
YLi@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

C. JASON SMITH (CA SBN 237966)
cjsmith@smplawcorp.com
SMITH, McDOWELL & POWELL
A LAW CORPORATION
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Telephone: 916-569-8100

Attorneys for Plaintiff
CSPC DOPHEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>　　　　　　Defendant. | Case No.　2:17-cv-01895-MCE-DB<br><br>**ORDER GRANTING CSPC DOPHEN CORPORATION'S MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Complaint Filed: September 11, 2017<br>Trial Date: None Set |
| ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>　　　　　　Counter-Claimant,<br><br>　v.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, DONGCHEN CAI, an individual; and ROES 1 through 50, inclusive,<br><br>　　　　　　Counter-Defendants. | |

This matter is before the Court on Plaintiff CSPC Dophen Corporation's Motion for Leave to File Surreply.

Having fully considered the Motion and for good cause shown, it is hereby ordered that Plaintiff's Motion for Leave to File Surreply is GRANTED. Plaintiff shall file the surreply attached as Exhibit A to the Motion as a separate entry on the docket in this proceeding, and shall caption it as Plaintiff's Surreply.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE