**KROGH & DECKER, LLP**
SHAWN M. KROGH (SBN 227116)
shawnkrogh@kroghdecker.com
ANDREA M. CLOSE (SBN 309324)
andreaclose@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Defendant and Counter-Claimant
ZHIXIANG HU, also known as SEAN HU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION, | Case No.: 2:17-CV-01895-MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |
| vs. | |
| ZHIXIANG HU, also known as SEAN HU, an individual, | |
| Defendant. | Action Filed: September 11, 2017<br>Trial Date: TBD |
| | Assigned to Chief Judge: Morrison C. England, Jr. |

1
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

Case No. 2:17-CV-01895-MCE-DB

na-1817727

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>        Counter-Claimant,<br><br>   vs.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, and DONGCHEN CAI, an individual,<br><br>        Counter-Defendants. |

Pursuant to Local Rule 271, the CSPC Dophen Corporation ("CSPC Dophen") and Dr. Sean Hu (collectively, Parties) hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP").

The Parties propose that the VDRP process be completed by end of January, 2018.

CSPC Dophen served its First Set of Requests for Production of Documents and First Set of Interrogatories on Dr. Hu on October 31, 2017. CSPC Dophen requests that Dr. Hu provide substantive responses to these discovery requests before the VDRP session is held.

Dr. Hu served his first set of discovery requests on December 12, 2017. Accordingly, Dr. Hu requests that CSPC Dophen provide substantive responses to these discovery requests before the VDRP session is held.

///
///
///
///



2
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

Case No. 2:17-CV-01895-MCE-DB

pa-1817727

| | | |
|---|---|---|
| DATED: December 22, 2017 | | KROGH & DECKER, LLP |

By: /s/ Andrea M. Close
ANDREA M. CLOSE
Attorneys for Counter-Claimant
ZHIXIANG HU, also known as SEAN HU

DATED: December 18, 2017          MORRISON & FOERSTER, LLP

By: /s/ Yue Li
YUE LI
Attorneys for Cross-Defendant
CSPC DOPHEN CORPORATION

**ORDER**

Pursuant to the stipulation of the parties and Local Rule 271(c)(3), this matter is hereby STAYED and REFERRED to the Court's Voluntary Dispute Resolution Program.

Accordingly, Plaintiff's Motion to Dismiss (ECF No. 41) and Defendant's Motion to Compel (ECF No. 45) are DENIED as moot, and the January 26, 2018 hearing is VACATED. The submitted Motion for Disqualification of Counsel (ECF No. 16) shall remain under submission, and the Court will issue an order if necessary after completion of VDRP.

The parties are further ordered to file a Joint Status Report regarding the status and progress of VDRP every 30 days from the date of electronic filing of this order until completion of VDRP, and a final Joint Status Report not later than 10 days after the completion of VDRP. The parties may refile their respective motions at that time, if necessary.

IT IS SO ORDERED.

Dated: January 11, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

Case No. 2:17-CV-01895-MCE-DB

pa-1817727


4
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**

Case No. 2:17-CV-01895-MCE-DB

pa-1817727