

**KROGH & DECKER, LLP**
SHAWN M. KROGH (SBN 227116)
shawnkrogh@kroghdecker.com
ANDREA M. CLOSE (SBN 309324)
andreaclose@kroghdecker.com
555 Capitol Mall, Suite 700
Sacramento, California 95814
Telephone: 916.498.9000
Facsimile: 916.498.9005

Attorneys for Defendant and Counter-Claimant
ZHIXIANG HU, also known as SEAN HU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Defendant.<br><br>_____<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, and DONGCHEN CAI, an individual,<br><br>Counter-Defendants. | Case No.: 2:17-CV-01895-MCE-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO OPPOSE & REPLY TO CSPC DOPHEN CORPORATION'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COUNTERCLAIMS**<br><br>Action Filed: September 11, 2017<br>Trial Date: TBD<br>Assigned to Chief Judge: Morrison C. England, Jr. |

1
**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO OPPOSE & REPLY TO CSPC DOPHEN CORPORATION'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COUNTERCLAIMS**
Case No. 2:17-CV-01895-MCE-DB

pa-1817727

Defendant, Sean Hu, hereby moves the Court for an Order extending the deadline to file and serve an opposition and reply to Plaintiff's Motion to Dismiss and Motion to Strike First Amended Counterclaims ("Motion") until May 24, 2018 and May 31, 2018, respectively. Plaintiff, CSPC Dophen Corporation ("CSPC"), stipulates to the relief requested in this motion. In support of the relief requested Defendant states:

1. CSPC filed a Motion to Dismiss and Motion to Strike First Amended Counterclaims on April 16, 2018, which was scheduled to be heard on May 17, 2018.

2. On the Court's own motion, the May 17, 2018 hearing and Motion were vacated and submitted without appearance and argument.

3. The Court further stated that the opposition and reply due dates shall be filed in accordance with the original motion hearing date. Such opposition is required to be filed on May 3, 2018.

4. The Defendant, Sean Hu, desires to terminate his relationship with his counsel of record, Krogh & Decker, LLP, and further desires to move forward in pro per and oppose the Motion on his own.

5. Upon learning of Dr. Hu's desire to oppose the Motion himself, on April 26, 2018, counsel for Dr. Hu reached out to Plaintiff's counsel requesting an agreement to extend certain upcoming deadlines.

6. On April 27, 2018, counsel for Plaintiff agreed to the requested extensions.

5. Defendant contends that fairness and judicial economy will be served by extending the deadline to file and serve an opposition and reply in order to provide Dr. Hu with sufficient time to respond to the Motion.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

1. The date on or before which Defendant Sean Hu shall file an opposition to the Motion is hereby extended to May 24, 2018.

2

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO OPPOSE & REPLY TO CSPC DOPHEN CORPORATION'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COUNTERCLAIMS**
Case No. 2:17-CV-01895-MCE-DB

pa-1817727

2. The date on or before which Plaintiff CSPC Dophen Corporation shall file a reply to Defendant's Opposition to Plaintiff's Motion is hereby extended to May 31, 2018.

DATED: May 1, 2018          KROGH & DECKER, LLP

By: /s/ Andrea M. Close
ANDREA M. CLOSE
Attorneys for Counter-Claimant
ZHIXIANG HU, also known as SEAN HU

DATED: May 1, 2018          MORRISON & FOERSTER, LLP

By: /s/ Yue Li
YUE LI
Attorneys for Cross-Defendant
CSPC DOPHEN CORPORATION

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline by which Defendant Sean Hu shall file an opposition to Plaintiff's Motion to Dismiss and Motion to Strike First Amended Counterclaims is extended to not later than **May 24, 2018**. Plaintiff CSPC Dophen Corporation shall file a reply to Defendant's Opposition not later than **May 31, 2018**.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES TO OPPOSE & REPLY TO CSPC DOPHEN CORPORATION'S MOTION TO DISMISS AND MOTION TO STRIKE FIRST AMENDED COUNTERCLAIMS**
Case No. 2:17-CV-01895-MCE-DB



pa-1817727