BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
YUE LI (CA SBN 287280)
YLi@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

C. JASON SMITH (CA SBN 237966)
cjsmith@smplawcorp.com
SMITH, McDOWELL & POWELL
A LAW CORPORATION
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Telephone: 916.569.8100

Attorneys for Plaintiff
CSPC DOPHEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Defendant. | Case No.   2:17-cv-01895-MCE-DB<br><br>**DECLARATION OF YUE LI IN SUPPORT OF CSPC DOPHEN CORPORATION'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>Date:   June 15, 2018<br>Time:   10:00 a.m.<br>Courtroom:   27, 8th Floor<br><br>Complaint Filed: September 11, 2017<br>Trial Date: None Set |
| ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Counter-Claimant,<br><br>v.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, DONGCHEN CAI, an individual,<br><br>Counter-Defendants. | |

I, Yue Li, declare as follows:

1. I am an attorney with Morrison & Foerster LLP, counsel for Plaintiff CSPC Dophen Corporation ("CSPC Dophen"). I submit this declaration in support of CSPC Dophen's Motion to Compel Discovery Responses. I make this declaration based on my own personal knowledge unless otherwise stated. If called as a witness, I could and would testify to the following facts.

2. Attached as **Exhibit A** is a true and correct copy of CSPC Dophen Corporation's Requests for Production (Set One) to Dr. Hu, served on October 31, 2017.

3. Attached as **Exhibit B** is a true and correct copy of CSPC Dophen Corporation's Interrogatories (Set One) to Dr. Hu, served on October 31, 2017.

4. Attached as **Exhibit C** is a true and correct copy of Dr. Hu's Responses to CSPC Dophen Corporation's Requests for Production (Set One), served on November 30, 2017.

5. Attached as **Exhibit D** is a true and correct copy of Dr. Hu's Responses to CSPC Dophen Corporation's Interrogatories (Set One), served on November 30, 2017.

6. Attached as **Exhibit E** is a true and correct copy of Dr. Hu's Supplemental Responses to CSPC Dophen Corporation's Requests for Production (Set One), served on January 11, 2018.

7. Attached as **Exhibit F** is a true and correct copy of Dr. Hu's Supplemental Responses to CSPC Dophen Corporation's Interrogatories (Set One), served on January 11, 2018.

8. Attached as **Exhibit G** is a true and correct copy of Dr. Hu's privilege log, served on January 11, 2018.

9. Attached as **Exhibit H** is a true and correct copy of CSPC Dophen Corporation's Second Set of Interrogatories to Dr. Hu, served on December 21, 2017.

10. Attached as **Exhibit I** is a true and correct copy of an email from to me to Dr. Hu's counsel, Mr. Shawn M. Krogh and Ms. Andrea M. Close, dated December 6, 2017.

11. Attached as **Exhibit J** is a true and correct copy of a letter from to me to Mr. Shawn M. Krogh and Ms. Andrea M. Close, dated December 11, 2017, regarding the problems and deficiencies of Dr. Hu's responses to CSPC Dophen's First Set of Requests for

Li Decl. ISO CSPC Dophen's Motion to Compel Discovery Responses
Case No. 2:17-cv-01895-MCE-DB
pa-1821372

1

Production.

12.     Attached as **Exhibit K** is a true and correct copy of a letter from me to Mr. Shawn M. Krogh and Ms. Andrea M. Close, dated December 15, 2017, regarding a laptop and a cellphone produced in response to CSPC Dophen's Interrogatories and Requests for Production.

13.     Attached as **Exhibit L** is a true and correct copy of a letter from Ms. Andrea M. Close to my colleague Mr. Bryan Wilson and me, dated December 19, 2017, responding to my December 15, 2017 letter.

14.     Attached as **Exhibit M** is a true and correct copy of a letter from me to Mr. Shawn M. Krogh and Ms. Andrea M. Close, dated December 20, 2017, responding to Ms. Close's December 19, 2017 letter.

15.     Attached as **Exhibit N** is a true and correct copy of a letter from Mr. Shawn M. Krogh to me, dated December 29, 2017.

16.     Attached as **Exhibit O** is a true and correct copy of a letter from Ms. Andrea M. Close to me, dated January 29, 2018 regarding the laptop returned to CSPC Dophen on December 4, 2017.

17.     Attached as **Exhibit P** is a true and correct copy of me to Ms. Andrea M. Close, dated January 31, 2018, responding to Ms. Close's January 29, 2018 letter.

18.     Attached as **Exhibit Q** is a true and correct copy of CSPC Dophen Corporation's Responses to Dr. Hu's First Set of Interrogatories, served on February 26, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Palo Alto, California, this 8th day of June, 2018.

                                              */s/ Yue Li*
                                                Yue Li