# EXHIBIT G

## CSPC Dophen Corporation v. Zhixiang Hu

### UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA
### CIVIL ACTION NUMBER: 2:17-CV-01895-MCE-DB

### PRIVILEGE LOG

| BATES Nos. | Date | From | To | Description | Withheld / Redacted | Privilege Reason |
|---|---|---|---|---|---|---|
| 263 | unknown | Dr. Hu | S. Krogh | Hard disk drive containing back up of Dell computer hard drive previously produced to Plaintiff.  This drive contains the personal information of Jiaying Fan. | Jiaying Fan's personal documents and communications. | Invasion of third-party right of privacy [Cal Const. art I, §1] |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |