# EXHIBIT H

1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  YUE LI (CA SBN 287280)
   YLi@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California  94304-1018
   Telephone: 650.813.5600
5
   C. JASON SMITH (CA SBN 237966)
6  cjsmith@smplawcorp.com
   SMITH, McDOWELL & POWELL
7  A LAW CORPORATION
   100 Howe Avenue, Suite 208 South
8  Sacramento, California 95825
   Telephone: 916-569-8100
9
   Attorneys for Plaintiff and Counter-Defendant
10 CSPC DOPHEN CORPORATION

11              UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13                 SACRAMENTO DIVISION

14 CSPC DOPHEN CORPORATION,                 Case No.   2:17-cv-01895-MCE-DB

15              Plaintiff,                  **PLAINTIFF CSPC DOPHEN**
                                            **CORPORATION'S SECOND SET**
16       v.                                 **OF INTERROGATORIES TO**
                                            **DEFENDANT ZHIXIANG HU**
17 ZHIXIANG HU, also known as SEAN HU, an
   individual,
18
              Defendant.
19

20 ZHIXIANG HU, also known as SEAN HU, an
   individual
21
              Counter-Claimant,
22
         v.
23
   CSPC DOPHEN CORPORATION, a New
24 Jersey Corporation; CSPC
   PHARMACEUTICAL GROUP LIMITED, a
25 Hong Kong Corporation; YINGUI LI, an
   individual; JINXU WANG, an individual;
26 JUMIN SUN, an individual; DONGCHEN CAI,
   an individual,
27
              Counter-Defendants.
28

PROPOUNDING PARTY:    Plaintiff CSPC Dophen Corporation

RESPONDING PARTY:     Defendant Zhixiang Hu

SET NO.:              Two

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff CSPC Dophen Corporation ("CSPC Dophen") hereby requests Defendant Zhixiang Hu, also known as Sean Hu ("Defendant") to answer the following interrogatories in writing and under oath, within thirty (30) days of from the date of service hereof.

To the extent Defendant's responses to any of these interrogatories may at any time be supplemented, changed, or otherwise affected by information acquired by Defendant subsequent to the service of its answers, Defendant should promptly serve supplemental answers reflecting such changes pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1.      "You," "Your," or "Yourself," refers to Defendant Zhixiang Hu (also known as Sean Hu) and his agents, attorneys, accountants, representatives, or other persons acting on his behalf.

2.      "Laptop" shall refer to CSPC Dophen's Dell Vostro laptop computer which was produced by Defendant on December 6, 2017.

3.      "Cell Phone" shall refer to CSPC Dophen's Samsung Galaxy S6 SMG920T cellular phone which was produced by Defendant on December 6, 2017.

4.      "Email Accounts" shall refer to the following accounts:

admin@dophenbiomed.com, info@dophenbiomed.com, careers@dophenbiomed.com, ashley@dophenbiomed.com, lfeng@dophenbiomed.com, lallen@dophenbiomed.com, lisha@dophenbiomed.com, rubin@dophenbiomed.com, yuxishan@dophenbiomed.com, grants@dophenbiomed.com, dophenbiomed@gmail.com , and sean@dophenbiomed.com.

5.      "Identify" or "Identification," as used with respect to any document, means to provide the Bates number(s) of the document, or, if not Bates numbered, to provide information sufficient to specifically identify the document, including but not limited to the document's title, author, subject matter, recipients and reviewers, date created, dates received and reviewed,

source, person(s) having possession, custody or control, and the identifying or descriptive code number, file number, title, or label of the document.

6.      The singular includes the plural, and the plural includes the singular.  "Any" or "each" should be understood to include and encompass "all."  The terms "and" and "or" shall be construed as disjunctive and conjunctive.

## INSTRUCTIONS

1.      If you object to responding to any interrogatory or any part of any interrogatory, you must state the reason for your objection with specificity.  If your objections are based on a claim of privilege or other protection, you must also state the nature of the privilege relied upon, specify the interrogatory or portion thereof to which the objection relates, and if the privilege being asserted concerns information in a document or communication, identify the document by bates number and describe the communication by including: (1) the date of the communication; (2) the identity of any person who authored, prepared, or made the communication; (3) the identity of any person who received, had access to, or was an intended recipient of the communication; (4) the general nature of the communication (e.g., phone conference, face-to-face meeting, presentation, etc.); (5) the location(s) where the communication took place; and (6) the general subject matter of the communication.

2.      If you contend that any interrogatory is objectionable in whole or in part, please state with particularity each objection, the basis for it, and the categories of information to which the objection applies, and respond to the interrogatory insofar as it is not deemed objectionable.

3.      If you find the meaning of any term in any interrogatory unclear, you shall assume a reasonable meaning, state what the assumed meaning is, and respond to the interrogatory according to the assumed meaning.

4.      The following interrogatories shall be deemed continuing so as to require supplemental response in the event that you obtain additional knowledge or information responsive to the interrogatory.

1

**INTERROGATORIES**

2

**INTERROGATORY NO. 15:**

3        Identify any and all steps You have taken to preserve evidence and to avoid spoliation of

4    evidence to date, including but not limited to the steps taken regarding the Laptop and Cell

5    Phone.

6

**INTERROGATORY NO. 16:**

7        Describe the complete chain of custody for both the Laptop and Cell Phone since

8    Defendant's employment with CSPC Dophen was terminated on July 21, 2017.

9

**INTERROGATORY NO. 17:**

10        Identify the password or login information for the Email Accounts.

11

12    Dated: December 21, 2017                    MORRISON & FOERSTER LLP

13

14                                    By: _____

15                                            YUE LI

16                                        Attorney for Plaintiff and Counter-
                                         Defendant
17                                        CSPC DOPHEN CORPORATION

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 21, 2017, I served a copy of:

**PLAINIFF CSPC DOPHEN CORPORATION'S SECOND SET OF INTERROGATORIES TO DEFENDANT ZHIXIANG HU**

☒   **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

*Attorneys for Defendant Zhixiang Hu:*

Shawn M. Krogh
Andrea M. Close
KROGH & DECKER, LLP
555 Capitol Mall, Suite 700
Sacramento, California 95814

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Palo Alto, California, this 21st day of December, 2017.



_____          _____
Beatriz E. Craig                            (signature)
(typed)