# EXHIBIT I

| | |
|---|---|
| **From:** | Li, Yue |
| **Sent:** | Wednesday, December 06, 2017 10:25 AM |
| **To:** | Wilson, Bryan; Andrea Close; Shawn Krogh; Mira Yaslinsky |
| **Cc:** | Brandon Wright; Maritza Galdos; C.Jason Smith |
| **Subject:** | RE: [EXT] Re: Dophen Biomed v. CSPC |

Andrea and Shawn,

Thank you for participating in a meet and confer on December 5, 2017.  Below is a summary of our discussions.

**Laptop Computer and Cell Phone**

In your response to our discovery requests, you identified a laptop computer and cell phone which are the property of CSPC Dophen and that both were in the possession of your client, Dr. Hu.  During our meet and confer, you stated that you had received both the laptop computer and the cell phone from Dr. Hu in the afternoon of December 5, 2017.  Further, you indicated that you would be imaging both of these devices and making them available for pick up at your firm this afternoon.  Our vendor will pick them up this afternoon.

In response to our question as to the chain of custody for these devices as well as the steps you and your client have taken (if any) to preserve evidence and avoid spoliation of evidence, you could not provide any further information other than the fact that you just received these devices and would make an image.  You stated that we could seek that information through discovery.

**Electronic Stored Information (ESI)**

We also discussed your objections to our discovery requests based on the ESI.  You stated that the parties have not agreed to any search terms / search methods to identify responsive information/documents.  As we understand, your concerns are that (1) you need to perform searches of ESI in order to produce responsive information/documents, (2) the relationship between the parties dated back 6 years or so, and (3) some of the discovery requests are broad.   As an alternative, you have proposed that CSPC Dophen narrow some of its discovery requests.

As discussed, our understanding is that the sources in Dr. Hu's possession, control, or custody containing relevant ESI include (1) the Google Drive (referenced in the 10/25/2017 Kunkel Declaration ¶ 10); (2) One Drive (referenced in the 10/25/2017 Kunkel Declaration ¶ 10); (3) USB / hard disk; (4) Dr. Hu's Gmail.com email account that he used during the course of his employment with CSPC Dophen; (5) Dophenbiomed.com email accounts; (6) WeChat and LinkedIn messages; and (7) text messages.  We asked whether Dr. Hu has any additional sources that contain relevant ESI and you stated that you are not aware of any at this point.

To better understand  your objection that "the information is electronically stored information and is not reasonably accessible because of undue burden or cost", we asked for an estimation of the volume of the ESI in the above identified sources.   We have explained that any alleged burden on ESI searching depends on the volume of the ESI.  You have agreed to provide such an estimation.

We noted that while there has been no agreement on specific search terms and/or methods, you are still under an obligation to conduct a reasonable search of the ESI to locate and produce responsive documents/information.  As we are concerned about the delay in Dr. Hu's document production, please let us know the estimation of the above identified sources by end of this week.

We also briefly discussed cost-shifting based on the presence of ESI discovery in this case.  You confirmed that your basis for seeking cost-shifting is that ESI discovery is present in this case and that you need to hire an ESI vendor.  You stated that you will let us know the estimated cost.

**Objections and Responses to CSPC Dophen's Discovery Requests**

We discussed briefly about your objections and responses to CSPC Dophen's discovery requests.  You requested that we memorialize our responses to your objections in a letter at which point the parties could then schedule another meet and confer to discuss them at length. We agreed to provide such a letter, and reiterated that we would like to meet and confer regarding these issues next week.

**Protective Order**

The parties have agreed on an stipulated protective order.  We will circulate the final version and get it on file once you confirm.

In the event any of the above does not conform to your understanding, please let us know immediately.

Regards,

**Lily Li**
Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813.5689 | C: +1 (650) 660.5721
YLi@mofo.com | www.mofo.com

---

**From:** Wilson, Bryan
**Sent:** Monday, December 04, 2017 12:51 PM
**To:** Andrea Close; Shawn Krogh; Mira Yaslinsky
**Cc:** Brandon Wright; Maritza Galdos; C.Jason Smith; Li, Yue
**Subject:** RE: [EXT] Re: Dophen Biomed v. CSPC

4:00 tomorrow is fine.  We'll circulate a conference number.

You did not respond to our inquiry about the laptop and cellphone.  Can we have them picked up at your office this afternoon?

**BRYAN WILSON**
Partner | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
P: +1 (650) 813-5603
mofo.com | LinkedIn | Twitter

---

**From:** Andrea Close [mailto:andreaclose@kroghdecker.com]
**Sent:** Monday, December 04, 2017 11:17 AM
**To:** Li, Yue; Wilson, Bryan

**Cc:** Shawn Krogh; Brandon Wright; Maritza Galdos; Mira Yaslinsky; C.Jason Smith
**Subject:** [EXT] Re: Dophen Biomed v. CSPC

Lily,

You asked that I provide examples of search methods, which I did.  It seems I misunderstood what you were asking of me. The confirming email does not indicate that I would propose search terms.  You stated at the beginning of the call you had some questions concerning the language contained in our revisions to the ESI stipulation that you wanted to discuss.  My understanding was that you were requesting clarification of what types of search methods the parties could use in order to provide context to our proposed paragraph 5.

To date, the parties have yet to agree to or execute an ESI stipulation and have not decided which method both parties are to utilize when searching electronically stored information.  Furthermore, if search terms are to be the agreed upon method, we have not discussed how many search terms each party is to use or when and if other search terms can be added.  Additionally, should we provide search terms, those terms would be used by you to search CSPC's ESI for responsive documents to our requests.  We have indicated that your discovery is overly broad and in several instances completely unintelligible.  In order to narrow the scope of your requests, we would ask that you provide search terms so that we have a better understanding of the documents and things you are seeking.

Finally, we have not discussed cost shifting.  Accusations of spoliation are consistently lodged from your office.  As such, our client must hire an ESI vendor to properly process and load the ESI on to a platform for review.  This is a time-consuming and expensive process.  We are currently in the process of engaging an ESI vendor and will be able to discuss cost with you shortly.

Shawn and I have availability at 4:00 pm tomorrow.  Please let me know if this works.

Thank you,

**Andrea Close**
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)
916.498.9005 (f)
kroghdecker.com

**Connect with us on:**


**Confidentiality notice:**  This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

---

**From:** "Li, Yue" <YLi@mofo.com>
**Date:** Friday, December 1, 2017 at 10:44 PM
**To:** Andrea Close <andreaclose@kroghdecker.com>, "Wilson, Bryan" <BWilson@mofo.com>
**Cc:** Shawn Krogh <shawnkrogh@kroghdecker.com>, Brandon Wright <bwright@smplawcorp.com>, Maritza Galdos <mgaldos@smplawcorp.com>, Mira Yaslinsky <mirayaslinsky@kroghdecker.com>, "C.Jason Smith"

3

<cjsmith@smplawcorp.com>
**Subject:** RE: Dophen Biomed v. CSPC

Andrea,

On October 27, 2017, we discussed, among other things, Dr. Hu's discovery obligations and *your proposed* paragraph 5 of the ESI Stipulation, which states that the parties "will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery."  You explained that the "methods to search ESI" included search terms and various methods to search/filter documents.  We then asked you to propose specific search terms and search methods for the discovery requests in the Federal Court action.  You agreed to do so no later than today.

You have had our document requests in the Federal Court action since October 31, 2017, and have objected to our requests on the basis that "the information is electronically stored information and is not reasonably accessible because of undue burden or cost."  However, you haven't provided facts to support your claim of undue burden/cost (including for example, the number of devices containing the relevant ESI, the volume of the ESI, why the ESI is not reasonably inaccessible, and cost for searching/producing the ESI, etc.)  Moreover, you still have not identified a single proposed search term or method for searching the relevant ESI in response to our discovery requests.  Your delay tactics have prejudiced and continue to prejudice CSPC Dophen.

We'd like to meet and confer with you regarding this on Monday too.  Please let us know what time works for you.

Regards,
Lily

---

**From:** Andrea Close [mailto:andreaclose@kroghdecker.com]
**Sent:** Friday, December 01, 2017 6:39 PM
**To:** Li, Yue; Wilson, Bryan
**Cc:** Shawn Krogh; Brandon Wright; Maritza Galdos; Mira Yaslinsky; C.Jason Smith
**Subject:** Re: Dophen Biomed v. CSPC

- External Email -

---

Lily,

On Monday you requested I provide you examples of ESI search methods.  The parties could agree to use search terms, concept searching, predictive coding, or computer assisted review in order filter out responsive/unresponsive documents.   I hope this provides some clarification.  Please let me know if you would like to discuss paragraph 5 of the ESI Stipulation, any further.

Thank you,

**Andrea Close
KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)
916.498.9005 (f)
kroghdecker.com

**Connect with us on:**


4

**Confidentiality notice:**  This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

---

**From:** "C.Jason Smith" <cjsmith@smplawcorp.com>
**Date:** Monday, November 27, 2017 at 4:55 PM
**To:** Andrea Close <andreaclose@kroghdecker.com>, Mira Yaslinsky <mirayaslinsky@kroghdecker.com>, "bwilson@mofo.com" <bwilson@mofo.com>, "yli@mofo.com" <yli@mofo.com>
**Cc:** Shawn Krogh <shawnkrogh@kroghdecker.com>, Brandon Wright <bwright@smplawcorp.com>, Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** RE: Dophen Biomed v. CSPC

Andrea:

Thank you again for the conference call today.  To confirm our discussion, the parties have stipulated that Defendant and Cross-Complainant's deadline to file a Motion to Compel regarding the initial set of discovery shall be extended to **January 2, 2018**.  It is anticipated we will want a further extension if the documents are not produced a reasonable amount of time prior to the Christmas and New Year's holidays.  In the interim, the parties will meet and confer in good faith regarding the preparation and entry of a mutually agreeable protective order, similar to efforts in the Federal matter.  In fact, we each intend to use the current draft of the stipulated protective order in the Federal case as a template.  It is my understanding you will conduct some initial revisions to that stipulated protective order that are State Court specific and will endeavor to provide a draft by Friday, December 1, 2017 to move production along.  Once agreed upon and executed, you will work with your client to produce the responsive documents as soon as you are able.  Likewise, you are seeking availability dates from Dr. Sean Hu for a deposition sometime between December 18, 2017 and the end of January 2018 – all parties being mindful of the upcoming holidays.

You have asked CSPC Dophen to consider a mutual dismissal of the State court actions in light of the pending Federal case.  As mentioned, the State court action was initiated by Dophen Biomed despite knowledge of an imminent Federal Court lawsuit.  Although we only touched on it this afternoon, we do not believe there is any factual or legal basis for the State court action.  If Dophen Biomed's claims are dismissed, it should be with prejudice.  Regardless, even assuming we cannot come to terms on the nature of dismissal, we are not confident the window to remove and/or otherwise stipulate to consolidate the cases remains open, nor are we confident that the Federal Court has jurisdiction over the current State Court claims/parties and/or would otherwise allow removal or consolidation.  Likewise, significant hurdles appear necessary to add the State Court cross-claims to the existing Federal complaint and it is certainly not guaranteed the Federal Court would allow such amendments.  As mentioned, we need to discuss with our client and will get back to you.

We have proposed that you accept service of process via email in the pending lawsuits but you have declined given internal calendaring processes and office preference.  While we do not believe a stipulation is necessary, in the abundance of caution, we have also proposed that the parties generally agree that anything produced in the State court matter may be used in the Federal action and vice versa (subject to any other objection of course) to avoid potentially duplicative discovery requests.  You intend to respond to this request in the coming days after giving it more thought and internal discussion.  It is also my understanding you intend to

provide proposed ESI search methods in the Federal matter by Friday, December 1, 2017 as well.  As discussed, we intend to file the Stipulated Protective Order in the Federal case.

In the event any of this does not conform to your understanding, please let us know at your earliest opportunity.

Respectfully,

**C. Jason Smith**
Smith, McDowell & Powell, A Law Corporation
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Phone: (916) 569-8100
Fax: (916) 848-3777
www.smplawcorp.com



PRIVILEGED AND CONFIDENTIAL:  This electronic communication and any attachments are only intended for the use of the recipients named above and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not an intended recipient, or the employee and/or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and you should immediately destroy the communication. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone.

**From:** Andrea Close [mailto:andreaclose@kroghdecker.com]
**Sent:** Tuesday, November 21, 2017 9:55 AM
**To:** C. Jason Smith <cjsmith@smplawcorp.com>; Mira Yaslinsky <mirayaslinsky@kroghdecker.com>; bwilson@mofo.com; yli@mofo.com
**Cc:** Shawn Krogh <shawnkrogh@kroghdecker.com>; Brandon Wright <bwright@smplawcorp.com>; Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** Re: Dophen Biomed v. CSPC

Jason:

I have 3 pm available on Monday.  I will give you a call then.

Thank you,

**Andrea Close**
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)

916.498.9005 (f)
kroghdecker.com

**Connect with us on:**


**Confidentiality notice:**  This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

---

**From:** "C. Jason Smith" <cjsmith@smplawcorp.com>
**Date:** Tuesday, November 21, 2017 at 9:21 AM
**To:** Andrea Close <andreaclose@kroghdecker.com>, Mira Yaslinsky <mirayaslinsky@kroghdecker.com>, "bwilson@mofo.com" <bwilson@mofo.com>, "yli@mofo.com" <yli@mofo.com>
**Cc:** Shawn Krogh <shawnkrogh@kroghdecker.com>, Brandon Wright <bwright@smplawcorp.com>, Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** RE: Dophen Biomed v. CSPC

Andrea:

Thank you for your email.  I have available windows 9-12 Wednesday and 2-4 Monday.   Let me know what works for you.

Respectfully,

**C. Jason Smith**
Smith, McDowell & Powell, A Law Corporation
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Phone: (916) 569-8100
Fax: (916) 848-3777
www.smplawcorp.com



PRIVILEGED AND CONFIDENTIAL:  This electronic communication and any attachments are only intended for the use of the recipients named above and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not an intended recipient, or the employee and/or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and you should immediately destroy the communication. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone.

**From:** Andrea Close [mailto:andreaclose@kroghdecker.com]
**Sent:** Monday, November 20, 2017 4:46 PM
**To:** C. Jason Smith <cjsmith@smplawcorp.com>; Mira Yaslinsky <mirayaslinsky@kroghdecker.com>; bwilson@mofo.com; yli@mofo.com
**Cc:** Shawn Krogh <shawnkrogh@kroghdecker.com>; Brandon Wright <bwright@smplawcorp.com>; Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** Re: Dophen Biomed v. CSPC

Jason,

I would like to set up a time to discuss the outstanding discovery issues referenced in the email below. What is your availability this Wednesday or early next week?

Thank you,

**Andrea Close**
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
916.498.9000 (p)
916.498.9005 (f)
kroghdecker.com

**Connect with us on:**


**Confidentiality notice:** This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**From:** "C. Jason Smith" <cjsmith@smplawcorp.com>
**Date:** Monday, November 20, 2017 at 11:28 AM
**To:** Mira Yaslinsky <mirayaslinsky@kroghdecker.com>, "bwilson@mofo.com" <bwilson@mofo.com>, "yli@mofo.com" <yli@mofo.com>
**Cc:** Andrea Close <andreaclose@kroghdecker.com>, Shawn Krogh <shawnkrogh@kroghdecker.com>, Brandon Wright <bwright@smplawcorp.com>, Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** RE: Dophen Biomed v. CSPC

Andrea and/or Shawn:

We did not hear from you regarding our meet and confer effort below.  Please let us know when you plan to produce documents subject to your October 23, 2017 responses at your earliest opportunity.  It is our preference to avoid motion practice if possible.  However, if we do not hear from you this week, we will assume there is no intent to produce and will move forward with a motion to compel (and any available request for sanctions/fees) accordingly.  Likewise, we would appreciate it if you can provide us deposition availability dates for Dr. Hu in December and January as soon as you are able.  We would also prefer to work with you regarding coordination rather than unilaterally setting the deposition.

8

Respectfully,

**C. Jason Smith**
Smith, McDowell & Powell, A Law Corporation
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Phone: (916) 569-8100
Fax: (916) 848-3777
www.smplawcorp.com



PRIVILEGED AND CONFIDENTIAL:  This electronic communication and any attachments are only intended for the use of the recipients named above and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not an intended recipient, or the employee and/or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and you should immediately destroy the communication. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone.

---

**From:** C. Jason Smith
**Sent:** Tuesday, November 14, 2017 5:27 PM
**To:** 'Mira Yaslinsky' <mirayaslinsky@kroghdecker.com>; bwilson@mofo.com; yli@mofo.com
**Cc:** Andrea Close <andreaclose@kroghdecker.com>; Shawn Krogh <shawnkrogh@kroghdecker.com>; Brandon Wright <bwright@smplawcorp.com>; Maritza Galdos <mgaldos@smplawcorp.com>
**Subject:** RE: Dophen Biomed v. CSPC

Andrea and/or Shawn:

The purpose of this email is to meet and confer regarding the status of production of the documents yet to be produced in connection with the discovery responses initially provided below.  Please provide the responsive documents in your possession, custody and/or control by close of business on Friday, November 17, 2017 if possible.  Likewise, we would like to coordinate the deposition of Sean Hu.  Can you please provide availability dates in December at your earliest opportunity.

Respectfully,

**C. Jason Smith**
Smith, McDowell & Powell, A Law Corporation
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Phone: (916) 569-8100
Fax: (916) 848-3777
www.smplawcorp.com



PRIVILEGED AND CONFIDENTIAL:  This electronic communication and any attachments are only intended for the use of the recipients named above and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law.  If you are not an intended recipient, or the employee and/or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and you should immediately destroy the communication. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone.

**From:** Mira Yaslinsky [mailto:mirayaslinsky@kroghdecker.com]
**Sent:** Monday, October 23, 2017 7:09 PM
**To:** bwilson@mofo.com; yli@mofo.com; C. Jason Smith <cjsmith@smplawcorp.com>
**Cc:** Andrea Close <andreaclose@kroghdecker.com>; Shawn Krogh <shawnkrogh@kroghdecker.com>
**Subject:** Dophen Biomed v. CSPC

Dear Counsel,

Attached please find discovery responses from our office in your matter referenced above.  Please review and retain for your records.  The hard copies will follow by US Mail as indicated.  Should you have any questions, please contact our office.

Kind regards,

**Mira Yaslinsky**
**KROGH & DECKER, LLP**
555 Capitol Mall, Suite 700
Sacramento, CA 95814
Phone: 916.498.9000
Fax: 916.498.9005
kroghdecker.com

**Connect with us on:**


**Confidentiality notice:**  This electronic mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email.