# EXHIBIT L



**KROGH & DECKER, LLP**

ATTORNEYS AT LAW

From the desk of ANDREA M. CLOSE

**Via U.S. Mail and Electronic Mail**
BWilson@mofo.com
YLi@mofo.com

December 19, 2017

Bryan Wilson
Lily Li
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304

   **Re: *CSPC Dophen Corporation v. Hu*
     *Case No. 2:17-CV-01895-MCE-DB***

Dear Lily:

We have received your letter dated December 15, 2017. Concerning the requests listed on page two of your letter, we do not believe that letters between counsel is the proper procedure for requesting the information you are seeking. Our office has received no written discovery or deposition notice concerning these issues, nor have we had a chance to depose your experts concerning any investigation into these issues. As such, please put all of your requests for information in the appropriate discovery tool.

That being said, we are currently assessing the issues raised in your letter and will discuss them with our client as soon as we are able. As we mentioned in previous correspondence, Dr. Hu is unavailable until December 22, 2017. Once we have had an opportunity to confer with Dr. Hu, we will respond accordingly.

Finally, although we understand your desire to resolve these issues quickly, your office has consistently requested our responses within unreasonable timelines. For example, your December 15 letter was received via email at 4:52 p.m., Friday evening and requested a response by close of business, the following Monday, December 18. Due to Dr. Hu's unavailability and our office's trial schedule, we have not been able to discuss these issues with Dr. Hu. Consequently, we cannot provide your office with any further information at this time. Please keep this in mind when requesting our responses in the future.

Considering the upcoming holidays and the serious nature of claims identified in your letter, we request your patience while we continue our investigation.

office 916.498.9000   555 Capitol Mall, Suite 700
fax 916.498.9005   Sacramento, CA 95814
web kroghdecker.com

We appreciate your cooperation in this matter, and will do our best to address these issues timely.

Respectfully,

ANDREA M. CLOSE

AMC:my

cc: client
    Shawn M. Krogh