# EXHIBIT N



**KROGH & DECKER, LLP**

ATTORNEYS AT LAW

From the desk of SHAWN M. KROGH

**Via U.S. Mail and Electronic Mail**
Yli@mofo.com

December 29, 2017

Lily Li
Morrison & Foerster, LLP
75 Page Mill Road
Palo Alto, CA 94304

**Re:** ***CSPC Dophen Corporation v. Hu***
United States District Court, Eastern District of California,
Case No. 2:17-CV-01895-MCE-DB

Dear Ms. Li:

The purpose of this letter is to respond to your letter dated December 11, 2017 and your letter dated December 20, 2017. Be advised that we will be supplementing the entirety of Dr. Hu's responses to Interrogatories and Requests for Production. We will serve the supplemental responses on or before January 10, 2017. We agreed to produce documents to your co-counsel Smith McDowell Powell on the same date. Given that your document requests largely call for the same information, we will produce supplemental responses and documents to you on the same date.

Furthermore, be advised that we have been provided with a backup copy of the Dell Laptop computer referenced in your December 20, 2017 letter. We understand that this backup copy was made prior to our receipt of the computer on December 4, 2017. With that being said, we will address the other issues raised in your December 20, 2017 letter by supplementing the discovery responses.

Finally, while we will be supplementing all of Dr. Hu's responses to Interrogatories, it would be greatly appreciated if you could provide us with a letter detailing your issues to Interrogatories 1, 2, 3, 4, 5, 8, 13, and 14 to the extent that it was not addressed in your December 11, 2017 letter.

In closing, given that we are agreeing to supplement Dr. Hu's responses to Interrogatories, please let us know whether you would like to proceed with the phone call this afternoon.

Sincerely,

SHAWN M. KROGH

SMK:oc

cc: Andrea M. Close (via email)