# EXHIBIT O

From the desk of ANDREA M. CLOSE

**KROGH & DECKER, LLP**

ATTORNEYS AT LAW

**Via U.S. Mail and Electronic Mail**
    Yli@mofo.com

January 29, 2017

Lily Li
Morrison & Foerster, LLP
75 Page Mill Road
Palo Alto, CA 94304

**Re: *CSPC Dophen Corporation v. Hu***
    United States District Court, Eastern District of California,
    Case No. 2: 17-CV-01895-MCE-DB

Dear Ms. Li:

The purpose of this letter is to demand the return the Dell Laptop Computer that we provided to you on December 4, 2017. It has come to our attention that the computer is truly the property of Dr. Hu's wife and was erroneously included as part of the discovery responses. Due to the fact that Dr. Hu helped fund and found the lab in Sacramento, there was confusion over the ownership of the property. We understand that the computer previously contained Dr. Hu's wife's personal information and has nothing to do with this lawsuit. Our office was provided with a back-up of the computer to preserve the integrity of the computer before it was turned over. As you are aware, Dr. Hu supplemented his discovery responses, indicating the same.

If you have any questions, or would like to discuss this matter further, please do not hesitate to contact me.

Sincerely,

ANDREA M. CLOSE

AMC:oc