UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU,<br><br>Defendant. | No. 2:17-cv-1895 MCE DB PS<br><br><br>ORDER |

Defendant is proceeding in this action pro se. Accordingly, this action has been referred to the undersigned pursuant to Local Rule 302(c)(21). (ECF No. 68.)

On July 13, 2018, defendant filed a motion to disqualify plaintiff's counsel and noticed the motion for hearing before the undersigned on August 10, 2018. (ECF No. 84.) On August 2, 2018, plaintiff filed a request to continue the August 10, 2018 hearing. (ECF No. 89.) Therein, plaintiff states that continuing the hearing is necessary because plaintiff's "lead counsel Mr. Bryan Wilson will be out of country for previously scheduled depositions in another case[.]" (Id. at 2.) That same day, defendant filed an opposition to plaintiff's request. (ECF No. 90.) Therein, defendant states that a continuation would require defendant to rearrange his travel plans and "take an additional unpaid leave," from defendant's new job located in China. (Id. at 2.)

Plaintiff's request for a continuation is denied. Plaintiff was aware of defendant's motion for almost three weeks before filing the request to continue. Plaintiff is represented by a law firm,

1

Morrison & Foerster LLP, that employs many attorneys who could appear on plaintiff's behalf. Plaintiff's lead counsel could also appear telephonically if necessary. And granting plaintiff's motion would unduly burden the defendant. Nonetheless, the undersigned finds it appropriate to submit this matter upon the record and briefs on file pursuant to Local Rule 230(g).

Accordingly, upon consideration of the arguments on file and for the reasons set forth above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 2, 2018 request for a continuance (ECF No. 89) is denied;
2. Defendant's July 13, 2018 motion to disqualify (ECF No. 84) is submitted; and
3. The August 10, 2018 hearing of defendant's motion is vacated.

Dated: August 6, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\cspc1895.cont.den.sub.ord