**Sean Hu, Ph.D.**
SeanHu2020@Gmail.com
3840 Collins St.
West Sacramento, California 95691
Telephone: 530 220 5660
*Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Defendant. | Case No.:    2:17-CV-01895-MCE-DB<br><br>**PROOF OF SERVICE**<br><br>Date:   September 14, 2018<br>Time:  10:00 a.m.<br>Courtroom:    27, 8th Floor<br>Judge: Hon. Debroah Barnes |
| ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Counter-Claimant,<br><br>vs.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, and DONGCHEN CAI, an individual,<br><br>Counter-Defendants. | Action Filed: September 11, 2017<br>Trial Date: TBD |

**PROOF OF SERVICE**

PROOF OF SERVICE

I, ___Sean Hu___, declare: I am over the age of eighteen years and a party to the within above-entitled action; my mailing address is 3840 Collins St, West Sacramento, California 95691.

On August 31, 2018, I served the following document(s):

**SEAN HU'S OPPOSITION TO CSPC PHARMACEUTICAL GROUP LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENT SERVICE OF PROCESS**

**SEAN HU'S DECLARATION IN SUPPORT OF SEAN HU'S OPPOSITION TO CSPC PHARMACEUTICAL GROUP LIMITED'S MOTION TO DISMISS**

**DECLARATION OF JASMINE XIONG IN SUPPORT OF SEAN HU'S OPPOSITION TO CSPC PHARMACEUTICAL GROUP LIMITED'S MOTION TO DISMISS**

☐ via United States mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this firm's practice, whereby the mail is deposited in a United States mailbox in the City of Sacramento, California before the close of the day's business

☐ via Overnight Express Mail Courier

☐ via Facsimile, followed by U.S. Mail

☐ via Personal Service

☒ via Electronic Mail

on the parties to this action at the addresses indicated below:

Bryan J. Wilson
Yue (Lily) Li
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
bwilson@mofo.com
yli@mofo.com

Attorney for **Count-claim Defendants CSPC Limited**

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 13, 2018, at West Sacramento, California.

_____
Sean Hu