UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU,<br><br>Defendant. | No. 2:17-cv-1895 MCE DB PS<br><br><br><br>ORDER |

      Defendant is proceeding in this action pro se. (ECF No. 68.) Accordingly, this action has been referred to the undersigned pursuant to Local Rule 302(c)(21).

      On September 16, 2018, defendant filed a motion for leave to file a sur-reply along with a sur-reply. (ECF No. 103.) The motion is noticed for hearing before the undersigned on October 12, 2018. (ECF No. 105.) Pursuant to Local Rule 230, any opposition to the motion was to be filed on or before September 28, 2018. However, no opposition to defendant's motion has been filed.

      Accordingly, upon consideration of the arguments on file and for the reasons set forth above, IT IS HEREBY ORDERED that:

      1. Defendant's September 16, 2018 motion for leave to file a sur-reply (ECF No. 103) is granted;

////

2. The sur-reply filed on September 16, 2018 (ECF No. 103-1) shall be considered; and

3. The October 12, 2018 hearing of defendant's motion is vacated.

Dated: October 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\cspc1895.sur.reply.ord