UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU,<br><br>Defendant. | No. 2:17-cv-1895 MCE DB PS<br><br><br><br>ORDER |

Defendant is proceeding in this action pro se. Accordingly, this action has been referred to the undersigned pursuant to Local Rule 302(c)(21). (ECF No. 68.) On November 30, 2018, the matter came before the undersigned for hearing of non-party Song (Jasmine) Xiong's motion to quash. (ECF No. 108.) Attorney Jason Smith appeared on behalf of the plaintiff. No appearance was made by, or on behalf of, non-party Song (Jasmine) Xiong.

According to plaintiff's November 23, 2018 statement, and representations made at the November 30, 2018 hearing, it appears that the parties have reached a tentative resolution to this dispute. (ECF No. 121.) The motion to quash will, therefore, be denied without prejudice to renewal. If the parties are unable to reach a resolution, non-party Song (Jasmine) Xiong may bring a renewed motion to quash.

////

////

1

Accordingly, upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that non-party Song (Jasmine) Xiong's October 25, 2018 motion to quash (ECF No. 108) is denied with prejudice to renewal.

Dated: November 30, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\cspc1895.oah.113018