| | |
|---|---|
| BRYAN WILSON (SBN 138842)<br>BWilson@mofo.com<br>YUE LI (SBN 287280)<br>YLi@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone: 650.813.5600 | Sean Hu, Ph.D.<br>SeanHu2020@Gmail.com<br>3840 Collins St.<br>West Sacramento, California 95691<br>Telephone: 530 220 5660<br><br>*Pro Se* |

C. JASON SMITH (SBN 237966)
cjsmith@smplawcorp.com
SMITH, McDOWELL & POWELL
A LAW CORPORATION
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Telephone: 916-569-8100

Attorneys for Plaintiff and Counter-Defendant
CSPC DOPHEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>                  Plaintiff,<br><br>   v.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>                  Defendant. | No. 2:17-cv-01895 MCE DB<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF CASE SCHEDULE** |
| ZHIXIANG HU, also known as SEAN HU, an individual<br><br>                  Counter-Claimant,<br><br>   v.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation; CSPC PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG, an individual; JUMIN SUN, an individual; DONGCHEN CAI, an individual,<br><br>                  Counter-Defendants. | |

Pursuant to Local Rule 144(a), CSPC Dophen Corporation and Sean Hu jointly request that the Court extend the case schedule set forth in the June 18, 2018 Scheduling Order (Docket No. 76).

### CSPC Dophen's Claims

Plaintiff CSPC Dophen filed this action against Defendant Sean Hu on September 11, 2017. (ECF No. 1.) The Court issued a Scheduling Order on June 18, 2018. (ECF No. 76.) Under the Scheduling Order, the case currently has a discovery cut-off of January 18, 2019. The Court granted CSPC Dophen's Motion to Enforce Court Order on November 11, 2018 requiring Sean Hu to make a further supplemental response to CSPC Dophen's discovery requests. (ECF No. 115.) Sean Hu filed a Motion for Reconsideration contesting the Court's Order on November 18, 2018. (ECF No. 116.) No trial date has been set and the parties have not previously requested any modification of the case schedule.

### Sean Hu's Counterclaims

Defendant Sean Hu filed counterclaims against CSPC Dophen and various other parties, including CSPC Pharmaceutical Group Limited ("CSPC Limited"), Yingui Li, Jinxu Wang, Jumin Sun, and Dongchen Cai (collectively, "individual Counter-Defendants"). (ECF Nos. 22 and 39.) The Court has granted CSPC Dophen's partial motion to dismiss for failure to state a claim as well as CSPC Limited's and the individual Counter-Defendants' motions to dismiss for lack of personal jurisdiction and insufficient service of process. (ECF No. 124.) Sean Hu is given leave to amend his counterclaims within 28 days of the Court's Order. (*Id*.) The parties have not met and conferred regarding Sean Hu's counterclaims under Rule 26.

### Parties' Proposed Extensions

CSPC Dophen and Sean Hu have agreed that there should be an extension to the case schedule set forth in the Court's June 18, 2018 Scheduling Order, but disagree on the length of the extension. Sean Hu would like to extend the deadline to bridge the discovery regarding his counterclaims, or at least a 4-month extension to the current case schedule to give it room to accommodate the new scheduling order from the Court. CSPC Dophen and Sean Hu respectively

request that the Court extend all deadlines relating to CSPC Dophen's claims set forth in the Court's June 18, 2018 Scheduling Order as follows:

| Event | Current Deadlines | CSPC Dophen's Requested Deadlines | Sean Hu's Requested Deadlines[1] |
|---|---|---|---|
| Plaintiff's Expert Disclosure | November 23, 2018 | February 8, 2019 | March 22, 2019 |
| Defendant's Expert Disclosure | December 7, 2018 | February 22, 2019 | April 5, 2019 |
| Rebuttal Expert Disclosure | December 21, 2018 | March 8, 2019 | April 19, 2019 |
| Discovery Cut-Off | January 18, 2019 | April 5, 2019 | May 17, 2019 |
| Pretrial motions (exception motions to compel discovery) | March 8, 2019 | May 24, 2019 | July 8, 2019 |

Dated: November 28, 2018  MORRISON & FOERSTER LLP

By: */s/ Bryan Wilson*
BRYAN WILSON

Attorneys for Plaintiff and Counter-Defendant CSPC DOPHEN CORPORATION

Dated: November 28, 2018

By: */s/ Sean Hu*
Zhixiang (Sean) Hu

*Pro Se*

---

[1] Sean Hu requests that a new schedule be set by the Court to accommodate discovery related to his counterclaims or at least a 4-month extension to the current deadlines.

# ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall disclose experts no later than **February 8, 2019**[2].

2. Defendant shall disclose experts no later **February 22, 2019**.

3. Rebuttal experts shall be disclosed no later than **March 8, 2019**.

4. Discovery shall be completed by **April 5, 2019**.

5. All pretrial motions, except motions to compel discovery, shall be completed by **May 24, 2019**.

6. The parties shall file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving a ruling on the last pending dispositive motion.

Dated: December 6, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\cspc1895.stip.eot.ord

---

[2] The undersigned recognizes that defendant preferred a further extension of time. If at a later date defendant determines that defendant needs additional time, defendant may seek a further stipulation from plaintiff. If the parties cannot reach a stipulation, defendant may file a motion for a further extension of time.