**Sean Hu, Ph.D.**
SeanHu2020@Gmail.com
3840 Collins St.
West Sacramento, California 95691
Telephone: 530 220 5660

*Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC-LIMITED DOPHEN CORPORATION, | Case No.: 2:17-CV-01895-MCE-DB |
| Plaintiff, | **SEAN HU'S OPPOSITION TO MOTION TO QUASH OR MODIFY DEFENDANT'S SUBPOENAS** |
| vs. | Date: December 21, 2018 |
| ZHIXIANG HU, also known as SEAN HU, an individual, | Time: 10:00 a.m. Ctrm: 27, 8th Floor Judge: Hon. Deborah Barnes |
| Defendant. | |
| ZHIXIANG HU, also known as SEAN HU, an individual, | |
| Counter-Claimant, | Action Filed: September 11, 2017 Trial Date: TBD |
| vs. | |
| CSPC-LIMITED DOPHEN CORPORATION, a New Jersey Corporation; CSPC-LIMITED PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, and DONGCHEN CAI, an individual, | |
| Counter-Defendants. | |

1. Yingui Li filed a motion on Nov. 20, 2017 (ECF#117) to quash Counter Claimant Dr. Hu's subpoenas dated Nov 6, 2017 to seek his three bank records at JPMorgan Chase Bank, East West Bank, and HSBC Bank USA.

2. The court should deny Yingui Li's motion as he did not meet and confer with Dr. Hu as required by Local Rule 251(b) before he filed the Motion to Quash.

3. Yingui Li was in charge of CSPC-Dophen's accounting and banking and had exclusive access to CSPC-Dophen and Conjopro's bank accounts from 2011 to Sept 27, 2013 (Hu Decl. Ex 1). And he continued had online access to the aforementioned bank accounts (ECF#97-1, §4, ECF#97-3). He used such a privilege to embezzle company funds (ECF#97-1, §7; ECF#97-4, ECF#97-14, §§12-14; ECF# 97-15) for personal gain, and one of such occurrences amounted to $ $37K (ECF#97-14, §14) while his salary was only $100K/year before tax. While he wrote personal checks to repay some of the funds he misappropriated, it is still a mystery how much money he took from company bank accounts. He made declaration to support CSPC-Dophen's accusation that Dr. Hu misappropriated CSPC-Dophen fund. Hence, it is absolutely necessary to look Yingui Li's personal bank accounts to find out who did embezzle CSPC-Dophen's money.

THEREFORE, Dr. Hu respectfully requests that Yingui Li's Motion to Quash be denied with prejudice to renewal.

Respectfully submitted,

DATED: December 7, 2018

By:       /s/ Sean Hu
          SEAN HU
          *Pro Se*