**Sean Hu, Ph.D.**
SeanHu2020@Gmail.com
3840 Collins St.
West Sacramento, California 95691
Telephone: 530 220 5660

*Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC-LIMITED DOPHEN CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> ZHIXIANG HU, also known as SEAN HU, an individual, <br><br> Defendant. <br> _____ <br> ZHIXIANG HU, also known as SEAN HU, an individual, <br><br> Counter-Claimant, <br><br> vs. <br><br> CSPC-LIMITED DOPHEN CORPORATION, a New Jersey Corporation; CSPC-LIMITED PHARMACEUTICAL GROUP LIMITED, a Hong Kong Corporation; YINGUI LI, an individual; JINXU WANG; an individual, JUMIN SUN; an individual, and DONGCHEN CAI, an individual, <br><br> Counter-Defendants. <br> _____ | Case No.:      2:17-CV-01895-MCE-DB <br><br> **SEAN HU'S OPPOSITION TO CONJUPRO BIOTHERAPEUTICS INC.'S MOTION TO QUASH OR MODIFY DEFENDANT'S SUBPOENAS TO TWO FINANCIAL INSTITUTIONS** <br><br> Date:   December 21, 2018 <br> Time: 10:00 a.m. <br> Ctrm: 27, 8th Floor <br> Judge: Hon. Deborah Barnes <br><br><br> Action Filed: September 11, 2017 <br> Trial Date: TBD |

1    Conjupro Biotherapeutics Inc. filed a motion on Nov. 20, 2017 (ECF#118) to quash
2    Counter Claimant Dr. Hu's subpoenas dated Nov 6, 2017 to seek its records from JPMorgan
3    Chase Bank, and HSBC Bank USA.

4    The court should deny Conjupro's motion as it's counsel did not meet and confer with Dr.
5    Hu as required by Local Rule 251(b) before he filed the Motion to Quash.

6    Conjupro and CSPC-Dophen are both owned by CSPC-Limited. Conjopro's employees
7    were paid through CSPC Dophen's payroll account. CSPC-Dophen and Conjupro's bank accounts
8    were together managed by Yingui Li from 2011 to Sept 27, 2013 (ECF#136-1, ECF#136-2). Yingui
9    Li repaid some of embezzled money from CSPC-Dophen to Conjupro's bank accounts. Yingui Li
10   added Dr. Hu to these bank account online access on Sept 27, 2013 (ibdi). Dr. Hu had authorized
11   assistant to transfer funds between CSPC-Dophen and Conjupro many times as CSPC-Dophen ran
12   out of money for payroll many times. A summary from Dr. Hu's former assistant Ashley on April
13   13, 2017 (Hu Decl. §2, Ex 1) clearly shows CSPC-Dophen and Conjupro's accounts were under
14   Dr. Hu' management.

15   To avoid the control of Chinese central bank on foreign exchange out flow since later 2016,
16   funds from CSPC to CSPC-Dophen were sent to Conjupro first, then transferred by Dr. Hu'
17   assistant to CSPC-Dophen. Now that CSPC-Dophen accused Dr. Hu misappropriated CSPC-
18   Dophen money, full bank records of CSPC-Dophen, which would include Conjupro's, are needed.

19   THEREFORE, to follow CSPC-Dophen money flow, Conjupro's bank records are
20   absolutely necessary. Dr. Hu respectfully requests that Conjupro's Motion to Quash be denied with
21   prejudice to renewal.

22   Respectfully submitted,

24   DATED: December 7, 2018

25                                           By: _____/s/ Sean Hu_____
26                                                   SEAN HU
                                                      *Pro Se*
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28