BRYAN WILSON (SBN 138842)
BWilson@mofo.com
YUE LI (SBN 287280)
YLi@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600

C. JASON SMITH (SBN 237966)
cjsmith@smplawcorp.com
SMITH, McDOWELL & POWELL
A LAW CORPORATION
100 Howe Avenue, Suite 208 South
Sacramento, California 95825
Telephone: 916-569-8100

Attorneys for Plaintiff and Counter-Defendant
CSPC DOPHEN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>Defendant.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual<br><br>Counter-Claimant,<br><br>v.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation,<br><br>Counter-Defendant. | Case No. 2:17-cv-01895-MCE-DB<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: September 11, 2017<br>Trial Date: None Set |

Plaintiff CSPC Dophen Corporation ("CSPC Dophen") and Defendant Sean Hu, through their counsel of record, hereby stipulate as follows:

WHEREAS, on February 26, 2019, the Court granted CSPC Dophen leave to amend its complaint and ordered that a copy of the amended complaint be served within fourteen days of that order (March 12, 2019);

WHEREAS, on March 6, 2019, the Court granted attorney Jack Duran, Jr.'s substitution of attorney on behalf of defendant Sean Hu and referred this matter back to the assigned District Judge Morrison C. England;

WHEREAS, the parties are in the process of meeting and conferring on the case schedule in light of Mr. Duran's request to the case schedule, and intend to jointly submit a supplemental scheduling order;

THEREFORE, the parties agree to the following:

The date for Plaintiff CSPC Dophen to file a second amended complaint is continued to a date to be specified in the supplemental scheduling order to be agreed upon by the parties.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: March 12, 2019 | MORRISON & FOERSTER LLP | |
| | By: */s/ Bryan Wilson* | |
| | BRYAN WILSON | |
| | Attorneys for Plaintiff and Counter-Defendant CSPC DOPHEN CORPORATION | |
| Dated: March 12, 2019 | DURAN LAW OFFICE | |
| | By: */s/ Jack Duran, Jr.* | |
| | Jack Duran, Jr. | |
| | Attorneys for Defendant and Counter-Claimant ZHIXIANG HU | |

## ORDER

Pursuant to the Parties' Stipulation (ECF No. 174), the deadline for Plaintiff CSPC Dophen to file a second amended complaint is continued to a date to be specified in the supplemental scheduling order to be agreed upon by the Parties and approved by this Court.

**IT IS SO ORDERED.**

**Dated: March 14, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

In accordance with Civil Local Rule 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 12, 2019

By: */s/ Bryan Wilson*
BRYAN WILSON