1  BRYAN WILSON (SBN 138842)
   BWilson@mofo.com
2  YUE LI (SBN 287280)
   YLi@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5
   C. JASON SMITH (SBN 237966)
6  cjsmith@smplawcorp.com
   SMITH, McDOWELL & POWELL
7  A LAW CORPORATION
   100 Howe Avenue, Suite 208 South
8  Sacramento, California 95825
   Telephone: 916-569-8100
9
   Attorneys for Plaintiff and Counter-Defendant
10 CSPC DOPHEN CORPORATION and Non-
   Parties ASHLEY SMITH, CONJUPRO
11 BIOTHERAPEUTICS, INC., and YINGUI LI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>ZHIXIANG HU, also known as SEAN HU, an individual,<br><br>    Defendant. | No. 2:17-cv-01895-MCE-DB<br><br>**AMENDED JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING DISCOVERY MOTIONS** |
| ZHIXIANG HU, also known as SEAN HU, an individual<br><br>    Counter-Claimant,<br><br>  v.<br><br>CSPC DOPHEN CORPORATION, a New Jersey Corporation,<br><br>    Counter-Defendant. | |

1     Plaintiff CSPC Dophen Corporation ("CSPC Dophen") and Defendant Sean Hu, through their counsel of record, hereby stipulate as follows:

    WHEREAS, on January 31, 2019, non-party Ashley Smith filed a motion to quash the subpoena issued by Dr. Hu to Wells Fargo Bank (ECF No. 149);

    WHEREAS, on February 7, 2019, non-party Conjupro Biotherapeutics, Inc. ("Conjupro") filed a motion to quash the subpoena issued by Dr. Hu to JPMorgan Chase Bank (ECF No. 152);

    WHEREAS, on February 8, 2019, non-party Yingui Li filed a motion to quash the subpoena issued by Dr. Hu to East West Bank and HSBC Bank (ECF No. 154);

    WHEREAS, on February 8, 2019, Dr. Hu filed a motion to enforce subpoena against JPMorgan Chase Bank (ECF No. 155);

    WHEREAS, on February 8, 2019, ADCure Biomed Inc. filed a motion to quash the subpoena issued by CSPC Dophen to JPMorgan Chase Bank (ECF No. 157);

    WHEREAS, on February 8, 2019, Jiaying Fan filed a motion to quash the subpoena issued by CSPC Dophen to JPMorgan Chase Bank (ECF No. 158);

    WHEREAS, on February 8, 2019, Dr. Hu filed a motion to quash the subpoena issued by CSPC Dophen to JPMorgan Chase Bank (ECF No. 159);

    WHEREAS, on February 26, 2019, the Court continued the hearing of the above motions, originally set for March 1, 2019 and March 8, 2019, to March 22, 2019 (ECF No. 171);

    WHEREAS, on March 6, 2019, the Court granted attorney Jack Duran, Jr.'s substitution of attorney on behalf of defendant Sean Hu and referred this matter back to the assigned District Judge Morrison C. England;

    WHEREAS, the parties have met and conferred on the above motions and agreed to the following:

    The hearing date for the above motions (ECF Nos. 149, 152, 154, and 155) shall be continued to May 17, 2019 to allow the parties to additional time to meet and confer on the issues;

    The motions filed by Dr. Hu, Jiaying Fang, and ADCure Biomed Inc. (ECF Nos. 157-59) be withdrawn and taken off calendar.

**IT IS SO STIPULATED.**

Dated: March 19, 2019         MORRISON & FOERSTER LLP

By:  */s/ Yue Li*
   Yue Li

Attorneys for Plaintiff and Counter-Defendant CSPC DOPHEN CORPORATION and Non-Parties ASHLEY SMITH, CONJUPRO BIOTHERAPEUTICS, INC., and YINGUI LI

Dated: March 19, 2019         DURAN LAW OFFICE

By:  */s/  Jack Duran, Jr.*
   Jack Duran, Jr.

Attorneys for Defendant and Counter-Claimant ZHIXIANG HU and Non-Parties JIAYING FANG, and ADCURE BIOMED INC.

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: March 20, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cspc1895.stip.cont.hrg.ord

---

[1] Prior to the hearing of any of the continued motions, the parties shall file new briefing that complies with the Local Rules and the undersigned's Standard Information, and that briefing will supersede any prior briefing filed in connection with those motions.