UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU,<br><br>Defendant. | No. 2:17-cv-1895 MCE DB<br><br><br><br>ORDER |

On April 25, 2019, plaintiff filed a motion to compel and noticed the motion for hearing before the undersigned on May 17, 2019, pursuant to Local Rule 302(c)(1).[1] (ECF No. 185.) Plaintiff's motion asserts that defendant completely failed to respond to plaintiff's discovery request and, therefore, was briefed pursuant to Local Rule 251(e). (Id. at 1.) Local Rule 251(e) provides for an exception to the usual requirement to file a Joint Statement re Discovery Disagreement under such circumstances. Pursuant to Local Rule 251(e), defendant's opposition was to be filed no later than seven days before the May 17, 2019 hearing date. Defendant, however, has not filed a timely opposition.

////

---

[1] The parties had four additional motions noticed for hearing before the undersigned on that same day. (ECF No. 179.) However, on May 10, 2019, the parties filed a stipulation to withdraw those motions. (ECF No. 192.) In light of the parties' stipulation, those motions (ECF Nos. 149, 152, 154, 155) are withdrawn and the hearing of those motions vacated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The May 17, 2019 hearing of plaintiff's motion to compel (ECF No. 185) is continued to **June 21, 2019**;

2. Within fourteen days of the date of this order defendant shall show good cause in writing for defendant's conduct;

3. On or before **June 7, 2019**, defendant shall file an opposition or statement of non-opposition to plaintiff's motion; and

4. Defendant is cautioned that the failure to timely comply with this order may result in an order imposing an appropriate sanction. <u>See</u> Local Rules 110 and 183.

Dated: May 13, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\cspc1895.osc.cont.hrg.ord

2