**Sean Hu, Ph.D.**
SeanHu2020@Gmail.com
3840 Collins St.
West Sacramento, California 95691
Telephone: 530 220 5660

*Pro Se*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CSPC DOPHEN CORPORATION,              )<br>                                                              )<br>           Plaintiff,                              )<br>                                                              )<br>     vs.                                                  )<br>                                                              )<br>ZHIXIANG HU, also known as SEAN HU, )<br>an individual,                                       )<br>                                                              )<br>          Defendant.                             )<br>                                                              )<br>                                                              )<br>                                                              )<br>_____)<br>ZHIXIANG HU, also known as SEAN HU, )<br>an individual,                                       )<br>                                                              )<br>          Counter-Claimant,                )<br>                                                              )<br>     vs.                                                  )<br>                                                              )<br>CSPC DOPHEN CORPORATION, a New )<br>Jersey Corporation; CSPC                  )<br>PHARMACEUTICAL GROUP LIMITED, )<br>a Hong Kong Corporation; YINGUI LI, an )<br>individual; JINXU WANG; an individual,  )<br>JUMIN SUN; an individual, and           )<br>DONGCHEN CAI, an individual,          )<br>                                                              )<br>                                                              )<br>          Counter-Defendants.           )<br>                                                              )<br>                                                              )<br>_____) | Case No.:      2:17-CV-01895-MCE-DB<br><br>**SEAN HU'S RE-NOTICE OF MOTION FOR ALTERNATIVE SERVICE OF PROCESS**<br><br>Date:   January 3, 2019<br>Time:  2:00 pm.<br>Courtroom:      27, 8th Floor<br>Judge: Hon. Debroah Barnes<br><br><br>Action Filed: September 11, 2017<br>Trial Date: TBD |

---

Sean Hu's Re-Notice of Motion For Alternative Service Of Process (ECF #218)
Case No. 2:17-CV-01895-MCE-DB                                                                                                      1

# RE-NOTICE OF MOTION

**TO THE COURT, PLAINTIFF, COUNTERCLAIM DEFENDANTS AND THEIR COUNSELS:**

**Please take NOTICE THAT** on January 3, 2019 at 2:00 pm, or as soon as the matter may be heard, in Courtroom 27 of this District Court for the Eastern District of California, Defendant and counter-claimant, Dr. Sean Hu, will move this court to authorize alternative service of procedure on counter-defendants CSPC Pharmaceutical Group Limited; Yingui Li; Jinxu Wang; Jumin Sun; And Dongchen Cai under Federal Rule of Civil Procedure 4(f)(3) by

1) Service on counter defendants' US attorney
2) Service on CSPC Limited through Plaintiff, CSPC Limited's wholly owned subsidiary and managed by the counter-defendants

The Motion will be based on this Notice, the briefing in support filed previously (ECF #218), the Court's records, including all pleadings and papers on file in this action with the Court, and such further evidence as may be presented at the time of the hearing.

Dated: December 5, 2019.

By: ____/s/ Sean Hu_____
SEAN HU
*Pro Se*