UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZHIXIANG HU,<br><br>Defendant. | No. 2:17-cv-1895 MCE DB PS<br><br><br>ORDER |

Defendant is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 20, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. ECF No. 261. Plaintiff and defendant have filed objections to the findings and recommendations. ECF Nos. 262, 264, 267.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2020 (ECF No. 261) are ADOPTED in full;

2. CSPC Dophen's December 23, 2019 motion to dismiss (ECF No. 227) is GRANTED;

3. CSPC Limited's January 21, 2020 motion to dismiss (ECF No. 236) is GRANTED;

4. CSPC Limited is DISMISSED from this action;

5. Defendant is not granted further leave to amend.

IT IS SO ORDERED.

Dated: October 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE