UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ZHIXIANG HU,<br><br>　　　　　　　Defendant. | No.  2:17-cv-1895 MCE DB PS<br><br><br>ORDER |

Defendant is proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 29, 2021, the magistrate judge filed findings and recommendations herein (ECF No. 289) which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations.  The thirty-day period has expired and defendant has filed objections to the findings and recommendations.  See ECF No. 290.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 29, 2021 (ECF No. 289) are adopted in full;

2. Counter-defendants' November 25, 2020 motion to dismiss (ECF No. 281) is GRANTED without leave to amend; and

3. Counter-defendants Yingui Li, Jinxu Wang, Jumi Sun, and Dongchen Cai are dismissed from this action; and

IT IS SO ORDERED.

Dated:  September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE