1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CSPC DOPHEN CORPORATION,              No.  2:17-cv-01895-DAD-DB (PS)

12                 Plaintiff,

13         v.                              TENTATIVE PRETRIAL ORDER

14   ZHIXIANG HU,

15                 Defendant.

16   ZHIXIANG HU,

17                 Counter Claimant,

18         v.

19   CSPC DOPHEN CORPORATION,

20                 Counter Defendant.

21

22         On January 9, 2024, the court conducted a final pretrial conference in this case.  Bryan J.

23   Wilson and Yue Li appeared as counsel for plaintiff; defendant Dr. Zhixiang Hu appeared on

24   behalf of himself.  Having considered the parties' joint pretrial statement and the views of the

25   parties as expressed at the conference, the court issues this tentative pretrial order.

26         This case arises from a dispute between a pharmaceutical research and development

27   company—plaintiff and counter defendant CSPC Dophen Corporation—and its former

28   employee—defendant and counter claimant Dr. Zhixiang Hu—who allegedly secretly

incorporated a competing entity while still employed at CSPC Dophen Corporation, using CSPC Dophen's d/b/a name "Dophen Biomed" and physical laboratory address.  Plaintiff alleges that defendant misrepresented that Dophen Biomed was the same as CSPC Dophen and misappropriated CSPC Dophen's confidential, proprietary, and trade secret information.  Plaintiff asserts claims for breach of contract, breach of duty of loyalty, misappropriation of trade secrets, and conversion.  Dr. Hu's counterclaims allege that the counter-defendant CSPC Dophen Corporation engaged in deceptive practices to unlawfully acquire Dr. Hu's mTgase site-specific conjugation technology, promising him company ownership but failing to deliver on its commitments.  Furthermore, Dr. Hu claims that CSPC Dophen defaulted on his rightful compensation, including salary, vacation pay, incentive stock shares, and stock dividends.  Dr. Hu's counterclaims are for breach of contract, violation of California Business & Professions Code § 17200 *et seq.*, violation of California Labor Code § 203, and breach of fiduciary today.

I.      JURISDICTION/VENUE

Jurisdiction is predicated on 28 U.S.C. §§ 1331, 1367.  Jurisdiction is not contested.

Venue is proper pursuant to 28 U.S.C. § 1391(b).  Venue is not contested.

II.     JURY

Defendant Dr. Hu demanded a jury trial in the Joint Notice of Trial Readiness.  (Doc. No. 323.)  Plaintiff CSPC Dophen does not request a jury trial.  The jury will consist of eight jurors, although the court may adjust that number depending upon conditions in existence at the time of the trial.

III.    UNDISPUTED FACTS

1.      Dr. Hu was an employee of CSPC Dophen.

IV.     DISPUTED FACTUAL ISSUES[1]

1.      Whether CSPC Dophen hired Dr. Hu in October 2011 as director of CSPC Dophen's Laboratory at 4070 Truxel Road, Sacramento, California.

---

[1] As discussed at the pretrial conference, if Dr. Hu intends to list additional disputed facts not already listed here, he may include them in his objections to this tentative pretrial order. However, the court reminds Dr. Hu that each fact should be listed in a concise, one-sentence format, not lengthy paragraphs, and should remain focused on factual content, not arguments.

2.      Whether Dr. Hu's employment agreement states "[a]ll CSPC employees are required to execute a Non-Disclosure Agreement and an Intellectual Property Agreement."

3.      Whether Dr. Hu signed a Non-Disclosure Agreement ("NDA") on April 4, 2013, which states:

> I will observe the strictest secrecy with respect to the Trade Secrets disclosed to me and all information generated therefrom and will take all affirmative steps necessary to maintain the trade secrets status of the Trade Secrets. I will neither make use of nor disclose to third parties the Trade Secrets, unless prior consent in writing is given by the Company during the terms of my employment with the Company and thereafter in any employment or business venture.  I agree I will never, directly or indirectly, for myself or others, use disseminate, disclose, lecture upon, or otherwise make available to others any confidential information, whether or not such confidential information thereafter in whole or part becomes available to the public.  My agent(s), servant(s), employer(s), employee(s) and all persons acting therefore also disclaim any claim of right in and to such confidential information.

4.      Whether Dr. Hu also signed a Policy of Conflict of Interest on April 4, 2013, which states:

> I will not engage in any conduct which would create a potential or actual conflict of interest or create the appearance of such a conflict in my employment relationship with the Company.  Such conduct includes, without limitation, divulging the Company's trade secrets for my own personal gain, seek employment with the Company's business competitors while still employed by the Company, usurping the business opportunity of the company and any other activity which may directly or indirectly harm the Company.

5.      Whether, in April of 2014, while still employed by CSPC Dophen, Dr. Hu incorporated an entity called Dophen Biomed, Inc. and listed the address as 4070 Truxel Road, Sacramento, California.

6.      Whether, Dophen Biomed, Inc.—founded by Dr. Hu—is affiliated with CSPC Dophen.

7.      Whether Dr. Hu applied for grants from the National Institutes of Health in the name of Dophen Biomed, Inc.

8.      Whether the National Institutes of Health grant filed by Dr. Hu under Dophen Biomed, Inc. included research data and results of the DP303c drug candidate.

/////

3

9. Whether Dr. Hu submitted an Investigational New Drug ("IND") application (IND #130699) to the Food and Drug Administration under the name Dophen Biomed, Inc.

10. Whether CSPC Dophen entered into valid contracts with Dr. Hu (including the employment agreement, NDA, and Conflict of Interest Policy).

11. Whether Dr. Hu took or used without authorization CSPC Dophen's confidential, proprietary, and/or trade secret information.

12. Whether Dr. Hu prevented CSPC Dophen from accessing its email accounts.

13. Whether Dr. Hu misappropriated CSPC Dophen's funds, including depositing CSPC Dophen's revenues into Dophen Biomed, Inc.'s bank account.

14. Whether Dr. Hu incorporated Dophen Biomed, Inc., using CSPC Dophen's d/b/a name and address and misrepresented that Dophen Biomed, Inc. was part of CSPC Dophen.

15. Whether Dr. Hu took or used without authorization CSPC Dophen's confidential, proprietary, and/or trade secret information.

16. Whether Dr. Hu misappropriated CSPC Dophen's funds, including depositing CSPC Dophen's revenues into Dophen Biomed, Inc.'s bank account.

17. Whether Dr. Hu usurped the business opportunity of CSPC Dophen.

18. Whether CSPC Dophen owns confidential information relating to the drug candidate DP303c and antibody drug conjugates that derived independent economic value from not being generally known.

19. Whether CSPC Dophen took reasonable steps to protect its confidential information.

20. Whether Dr. Hu improperly acquired or used CSPC Dophen's trade secrets without authorization.

21. Whether Dr. Hu's misappropriation was willful and malicious.

22. Whether Dr. Hu took control over CSPC Dophen's email, computers, storage devices, and payments from third parties without consent.

23. Whether Dr. Hu had an agreement with CSPC Dophen, not CSPC Limited, to award Dr. Hu stock in CSPC Limited.

24.     If such agreement exists, whether Dr. Hu performed under this agreement, despite creating a competing entity using CSPC Dophen's d/b/a name and misappropriating CSPC Dophen's confidential, proprietary, and/or trade secret information.

25.     Whether CSPC Dophen's actions, not those of CSPC Limited, constituted unlawful or fraudulent business practices.

26.     Whether CSPC Dophen willfully failed to pay Dr. Hu's wages and unpaid vacation time on his last day of employment.

27.     Whether CSPC Dophen, the employer, owed Dr. Hu, the employee, a fiduciary duty.

28.     Whether CSPC-Dophen was registered by CSPC Limited in NJ and was doing business in California.

29.     Whether Dr. Hu was a research manager at Novozymes at Davis, a wholly owned subsidiary of the Novo Nordisk Foundation.

30.     Whether CSPC-Dophen solicited Dr. Hu to start a joint-venture company to work on biological drugs based on Dr. Hu's transglutaminase conjugation technology (referred as mTgase technology).

31.     Whether, in its initial job offer, CSPC-Dophen required Dr. Hu's to transfer his two mTgase patents to CSPC-Dophen as pre-requisition to join CSPC-Dophen.

32.     Whether Dr. Jinxu Wang was the CEO of CSPC-Dophen.

33.     Whether Dr. Jinxu Wang was the executive VP of CSPC Limited.

34.     Whether Dr. Jinxu Wang was a board member of CSPC-Dophen.

35.     Whether Dr. Jinxu Wang was a board member of CSPC Limited.

36.     Whether Yingui Li was the VP of CSPC-Dophen.

37.     Whether Yingui Li was the business director of CSPC Limited.

38.     Whether Yingui Li was a board member of CSPC-Dophen.

39.     Whether Dongchen Cai is the chairman and board member of both CSPC Dophen and CSPC Limited.

40.     Whether Jumin Sun was the Director of Finance of CSPC Limited.

41.     Whether Jumin Sun was in charge of CSPC-Dophen's finance.

42.     Whether CSPC Limited is a Chinese company.

43.     Whether CSPC-Dophen was 100% owned by CSPC Limited.

44.     Whether Dr. Hu was an employee of CSPC-Dophen and a vice president of CSPC Limited, managing CSPC-Dophen on behalf of CSPC Limited.

45.     Whether Dr. Hu's salary was paid one half in the USA by CPSC-Dophen, and one half by CSPC Limited as arranged by CSPC Dophen since November 2011.

46.     Whether, in March 2013, CSPC-Dophen awarded Dr. Hu stock options to purchase 500,000 IPO shares of CSPC Stock at ¥1 per share. As part of the agreement, on April 4, 2013, Dr. Hu was asked to sign the NDA and Intellectual Property Agreement in exchange for the stock options.

47.     Whether on September 17, 2013, Dr. Hu purchased his stock option award, 500,000 CSPC IPO shares.

48.     Whether CSPC Limited paid dividends based on 2 million common shares for years 2013, 2014, and 2015.

49.     During 2013, CSPC Limited encountered financial challenges, leading CSPC Dophen to terminate two-thirds of its 15 employees-workforce.  Moreover, the company was three months overdue on its lab construction payment.  Yingui Li and Dongchen Cai gave Dr. Hu a mandate to explore viable solutions for CSPC-Dophen to attain self-sufficiency by the year 2014.

50.     In an effort to diversify funding sources for CSPC Dophen, Dr. Jinxu Wang came to Sacramento on April 17, 2014, to authorize Jasmine Xiong to register a US business entity to apply for government funding. On April 21, 2014, Jasmine Xiong registered Dophen Biomed, Inc., as part of this strategic initiative.

51.     Whether, on June 12, 2014, Dophen Biomed filed an Antibody-Drug Conjugate patent based on Dr. Hu's mTgase technology via Janet Xiao, a lawyer from Morrison Foerster.

52.     Whether Dophen Biomed was awarded a Small Business Innovation Research grant from NIH worth over $1.2 million in early 2016.

53.     Whether, in 2016, an online file sharing account was created by Dr. Hu to share and deposit all IND enabling files related an Antibody-Drug Conjugate drug candidate named DP303c.  Whether all team members, plus Dr. Jinxu Wang and an external consultant were given access.

54.     Whether in April 2017, Dophen Biomed, with Jinxu Wang presence at the facility, submitted an IND application to FDA for DP303c.

55.     Whether on July 4, 2017, Jinxu Wang and Yingui Li traveled to California and presented a termination package to Dr. Hu, suggesting Dr. Hu to continue working for CSPC Dophen on a temporary basis as a consultant.

56.     Whet ether on July 21, 2017, CSPC Dophen officially terminated Dr. Hu's employment and then failed to pay Dr. Hu's 1.5 months' salary until October 9, 2017.

57.     Whether on November 23, 2020, CSPC-Dophen fired its entire work force and terminated its business registration in California, transferring everything to CSPC Limited in China.

58.     Whether on October 27, 2021, CSPC-Dophen's 4070 Truxel Lab was sold to JOINN for $4.5 million by CSPC Dophen Delaware.

59.     Whether CSPC Dophen Delaware, registered by CSPC Limited, has no employee nor physical presence in US.

60.     Whether, on July 28, 2022, CSPC Limited entered into a $1.2 billion deal with Elevation Oncology, granting them global rights to an Antibody-Drug Conjugate drug that was developed using Dr. Hu's Antibody-Drug Conjugate Patent.

61.     Whether on February 14, 2023, CSPC Limited licensed the US/Europe rights for its Antibody-Drug Conjugate drug CRB-701 for $892.5 million, once again based on Dr. Hu's Antibody-Drug Conjugate patent.

62.     Whether on May 31, 2023, CSPC Dophen hastily issued a settlement check of $1319 to Dr. Hu, which was intended as a means to intimidate him.

/////

/////

1    V.    DISPUTED EVIDENTIARY ISSUES/MOTIONS IN LIMINE

2         The parties have not yet filed motions *in limine*.  The court does not encourage the filing

3    of motions *in limine* unless they are addressed to issues that can realistically be resolved by the

4    court prior to trial and without reference to the other evidence which will be introduced by the

5    parties at trial.  The parties anticipate filing the motions *in limine* listed below.  Any motions *in*

6    *limine* counsel elects to file shall be filed no later than **28 days before trial**.  Opposition shall be

7    filed no later than **21 days before trial** and any replies shall be filed no later than **14 days before**

8    **trial**.  Upon receipt of any opposition briefs, the court will notify the parties if it will hear

9    argument on any motions *in limine* prior to the first day of trial.

10        Plaintiff's Anticipated Motions *in Limine*

11        1.    Dr. Hu should be precluded from introducing any evidence or arguments

12   concerning dismissed parties: CSPC Pharmaceutical Group Limited ("CSPC Limited"), Yingui

13   Li, Jinxu Wang, Jumin Sun, and Dongchen Cai.  Dr. Hu also should be precluded from raising

14   new claims and allegations against CSPC Limited, which are irrelevant and were forfeited by Dr.

15   Hu's failure to plead them in his counterclaims.

16        2.    Dr. Hu should be precluded from presenting any evidence or arguments

17   concerning dismissed claims.

18        3.    Dr. Hu should be precluded from arguing that CSPC Dophen or its parent is a

19   Chinese company.  CSPC Dophen is not a Chinese company.  Its parent, CSPC Limited, has been

20   dismissed.

21        4.    Dr. Hu should be precluded from introducing any evidence or arguments that

22   disparage CSPC Dophen or its counsel.

23        5.    Dr. Hu should be precluded from making any arguments that suggest CSPC

24   Dophen engaged in illegal activities or is under criminal investigation.

25        6.    Dr. Hu should be precluded from arguing that CSPC Dophen breached the

26   employment contract by failing to pay his wages, unused vacation, or benefits.  Without agreeing

27   with this assertion, CSPC Dophen tendered payment for the remaining $1,319.64 claimed by Dr.

28   Hu on May 31, 2023, thereby resolving Dr. Hu's breach of contract claim.  Dr. Hu should be

precluded from arguing he is owned stock because his allegations of a purported contract involving stock options are against CSPC Limited, a dismissed party.

7.     Dr. Hu should be precluded from offering evidence or arguments regarding patents that he filed before his employment with CSPC Dophen and other alleged intellectual property that he obtained before his employment with CSPC Dophen.  Dr. Hu's counterclaims do not allege patent infringement and these arguments are irrelevant and prejudicial.

8.     Dr. Hu should be precluded from introducing any evidence that he withheld during discovery or presenting any arguments based on evidence he destroyed or withheld.

9.     Dr. Hu should be precluded from introducing or relying on any evidence that was not produced during discovery.

### Defendant's Anticipated Motions *in Limine*

1.     CSPC Dophen should be precluded from use of exhibits derived from Jiaying Fan's computer, Dr. Hu's cell phone, and SeanHu2020@gmail.com on the grounds of privacy violations.

2.     CSPC Dophen should be precluded from using the deposition testimony of Jasmine Xiong and Dr. Hu.

## VI.     SPECIAL FACTUAL INFORMATION

Pursuant to Local Rule 281(b)(6), in their objections to this tentative pretrial order, the parties shall provide any special factual information within either the disputed or undisputed facts sections as appropriate.

## VII.     RELIEF SOUGHT

1.     Plaintiff seeks monetary damages for violation of state and federal law.

2.     Plaintiff seeks restitution and disgorgement of Dr. Hu's unjust enrichment.

3.     Plaintiff seeks Punitive, exemplary, and enhanced damages.

4.     Plaintiff seeks attorneys' fees and costs.

5.     Plaintiff seeks prejudgment and post-judgment interest as authorized by law.

6.     Plaintiff seeks an order and/or permanent injunction directing Dr. Hu to return all CSPC Dophen's tangible and intangible property.

7. Defendant seeks return of his 500,000 CSCP IPO shares purchased via his stock option award, unpaid stock dividends since 2016 plus interests and associated penalties.

8. Defendant seeks unpaid unused-vacation time and penalties for CSPC Dophen's intentional withholding of his wages for 3 months after termination plus interest.

9. Defendant seeks compensatory, punitive, and enhanced exemplary damages for unlawful and fraudulent business practices by CSPC Dophen. The allegations of unlawful and fraudulent practices include deceiving Dr. Hu through the NDA and IP agreements, misappropriating his patented technology and trade secrets, and using false pretenses to exploit his inventions.

10. Defendant seeks license fee recovery.  Specifically, he is seeking his rightful portion of the license proceeds generated from the Antibody-Drug Conjugate drug deals executed by CSPC Limited, which obtained the intellectual property (IP) as a result of CSPC Dophen's dissolution.

11. Defendant seeks restitution and injunctive relief.  Specifically, he seeks the return of his intellectual property (IP), trade secrets, and the Antibody-Drug Conjugate patent, and injunctive relief to prevent CSPC Limited, the successor of CSPC Dophen, from further using or exploiting his IP, trade secrets, or the Antibody-Drug Conjugate patent.

12. Defendant seeks attorney fees and expenses incurred during his pro se legal representation.

13. Defendant seeks compensatory damages for financial loss suffered as a result of defending CSPC Dophen's frivolous suit including lost business opportunities, reputational damage, or emotional distress.

VIII.   POINTS OF LAW

The claims/counterclaims asserted in this action arise under federal and state law.  All of plaintiff's claims are brought against defendant Dr. Hu.  All of Dr. Hu's counterclaims remain against CSPC Dophen Corporation only.

1. The elements of, standards for, and burden of proof in a misappropriation of trade secrets under the Defend Trade Secrets, 18 U.S.C. § 1832(a)(1), cause of action.

10

2. The elements of, standards for, and burden of proof in a breach of contract cause of action.

3. The elements of, standards for, and burden of proof in a breach of duty of loyalty cause of action.

4. The elements of, standards for, and burden of proof in a breach of fiduciary duty cause of action.

5. The elements of, standards for, and burden of proof in a conversion cause of action.

6. The elements of, standards for, and burden of proof in a California Business & Professions Code § 17200 *et seq.* cause of action.[2]

7. The elements of, standards for, and burden of proof in a California Labor Code § 203 cause of action.

8. The elements of, standards for, and burden of proof in an affirmative defense for unclean hands.

Trial briefs addressing the points of law implicated by these remaining claims shall be filed with this court no later than **14 days before trial** in accordance with Local Rule 285.

ANY CAUSES OF ACTION OR AFFIRMATIVE DEFENSES NOT EXPLICITLY ASSERTED IN THE PRETRIAL ORDER UNDER POINTS OF LAW AT THE TIME IT BECOMES FINAL ARE DISMISSED, AND DEEMED WAIVED.

IX. <u>ABANDONED ISSUES</u>

CSPC Dophen will not pursue the following claims at trial:  violation of Lanham Act, violation of the California Comprehensive Computer Data Access and Fraud Act, California Penal Code § 502, defamation, and unfair competition.[3]

---

[2]  The court will issue findings of fact and conclusions of law on Dr. Hu's California Business and Professions Code § 17200 unfair claim.  *See* Section XVIII.

[3]  As discussed at the pretrial conference, the parties are directed to clarify in their objections to this tentative pretrial order which of their affirmative defenses, if any, have been abandoned.  Any claims or affirmative defenses that the parties believe remain for trial must be listed in the points of law section above to be preserved for trial.

11

X.      <u>WITNESSES</u>

Plaintiff's witnesses shall be those listed in **Attachment A**.  Defendant's witnesses shall be those listed in **Attachment B**.  Each party may call any witnesses designated by the other.

A.      **The court does not allow undisclosed witnesses to be called for any purpose, <u>including impeachment or rebuttal</u>, unless they meet the following criteria:**

(1)      The party offering the witness demonstrates that the witness is for the purpose of rebutting evidence that could not be reasonably anticipated at the pretrial conference, or

(2)      The witness was discovered after the pretrial conference and the proffering party makes the showing required in paragraph B, below.

B.      Upon the post pretrial discovery of any witness a party wishes to present at trial, the party shall promptly inform the court and opposing parties of the existence of the unlisted witnesses by filing a notice on the docket so the court may consider whether the witnesses shall be permitted to testify at trial.  The witnesses will not be permitted unless:

(1)      The witness could not reasonably have been discovered prior to the discovery cutoff;

(2)      The court and opposing parties were promptly notified upon discovery of the witness;

(3)      If time permitted, the party proffered the witness for deposition; and

(4)      If time did not permit, a reasonable summary of the witness's testimony was provided to opposing parties.

XI.      <u>EXHIBITS, SCHEDULES, AND SUMMARIES</u>

Plaintiff's exhibits are listed in **Attachment C**.  Defendant's exhibits will be listed in **Attachment D**, but because the list provided was inadequate, it is not included in this tentative pretrial order.  In his objections to this tentative pretrial order, defendant Dr. Hu is directed to revise his exhibit list.

/////

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers, and the parties are hereby directed to meet and confer for the purpose of designating joint exhibits and to provide a list of joint exhibits. All exhibits must be pre-marked as discussed below. At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. Plaintiff's exhibits shall be listed numerically, and defendants' exhibits shall be listed alphabetically.

The parties must prepare three (3) separate exhibit binders for use by the court at trial, with a side tab identifying each exhibit in accordance with the specifications above. Each binder shall have an identification label on the front and spine. The parties must exchange exhibits no later than **35 days before trial**. Any objections to exhibits are due no later than **21 days before trial**. The final exhibits are due **the Thursday before the trial date.** In making any objection, the party is to set forth the grounds for the objection. As to each exhibit which is not objected to, no further foundation will be required for it to be received into evidence, if offered.

**The court does not allow the use of undisclosed exhibits for any purpose, <u>including impeachment or rebuttal</u>, unless they meet the following criteria:**

A.   The court will not admit exhibits other than those identified on the exhibit lists referenced above unless:

(1)   The party proffering the exhibit demonstrates that the exhibit is for the purpose of rebutting evidence that could not have been reasonably anticipated, or

(2)   The exhibit was discovered after the issuance of this order and the proffering party makes the showing required in paragraph B, below.

B.   Upon the discovery of exhibits after the discovery cutoff, a party shall promptly inform the court and opposing parties of the existence of such exhibits by filing a notice on the docket so that the court may consider their admissibility at trial. The exhibits will not be received unless the proffering party demonstrates:

(1)   The exhibits could not reasonably have been discovered earlier;

(2)   The court and the opposing parties were promptly informed of their existence;

(3)     The proffering party forwarded a copy of the exhibits (if physically

possible) to the opposing party. If the exhibits may not be copied the

proffering party must show that it has made the exhibits reasonably

available for inspection by the opposing parties.

XII.    DISCOVERY DOCUMENTS

Counsel must lodge the sealed original copy of any deposition transcript to be used at trial

with the Clerk of the Court no later than **14 days before trial**.

Plaintiff has indicated the intent to use the following discovery documents at trial:

1.     Deposition testimony of Jasmine Xiong.

2.     Deposition testimony of Dr. Hu.

XIII.   FURTHER DISCOVERY OR MOTIONS

None.  Discovery and law and motion are closed under the scheduling order issued in this

case.

XIV.    STIPULATIONS

None.

XV.     AMENDMENTS/DISMISSALS

None.

XVI.    SETTLEMENT

The parties participated in a settlement conference before Magistrate Judge Deborah

Barnes on November 9, 2023, and those negotiations were unsuccessful.  No further court

supervised settlement conference will be scheduled unless both parties indicate that a further

settlement conference may be productive.

XVII.   JOINT STATEMENT OF THE CASE

This case arises from a dispute between a pharmaceutical research and development

company—plaintiff and counter defendant CSPC Dophen Corporation—and its former

employee—defendant and counter claimant Dr. Zhixiang Hu—who allegedly secretly

incorporated a competing entity while still employed at CSPC Dophen Corporation, using CSPC

Dophen's d/b/a name "Dophen Biomed" and physical laboratory address.  Plaintiff alleges that

1  defendant misrepresented that Dophen Biomed was the same as CSPC Dophen and

2  misappropriated CSPC Dophen's confidential, proprietary, and trade secret information.  Plaintiff

3  asserts claims for breach of contract, breach of duty of loyalty, misappropriation of trade secrets,

4  and conversion.  Dr. Hu's counterclaims allege that the counter-defendant CSPC Dophen

5  Corporation engaged in deceptive practices to unlawfully acquire Dr. Hu's mTgase site-specific

6  conjugation technology, promising him company ownership but failing to deliver on its

7  commitments.  Furthermore, Dr. Hu claims that CSPC Dophen defaulted on his rightful

8  compensation, including salary, vacation pay, incentive stock shares, and stock dividends.  Dr.

9  Hu's counterclaims are for breach of contract, violation of California Business & Professions

10  Code § 17200 *et seq.*, violation of California Labor Code § 203, and breach of fiduciary today.

11  XVIII. SEPARATE TRIAL OF ISSUES

12      Dr. Hu asserts a counterclaim against CSPC Dophen for violation of California Business

13  & Professions Code § 17200 (the "UCL").  Under California and federal authorities, there is no

14  right to a jury trial for UCL claims because they are equitable in nature.  *Okura & Co. (Am.) v.*

15  *Careau Grp.*, 783 F. Supp. 482, 491 (C.D. Cal. 1991) ("[N]o right of jury trial attaches to [a

16  UCL] cause of action."); *Cel-Tech Commc'ns, Inc. v. L.A. Cellular Tel. Co.*, 20 Cal. 4th 163, 179

17  (1999) ("Prevailing [UCL] plaintiffs are generally limited to injunctive relief and restitution.");

18  *Hodge v. Superior Court*, 145 Cal. App. 4th 278, 284 (2006) ("There Is No Right To a Jury Trial

19  For a Section 17200 Cause of Action"); *id.* ("the UCL provides only for equitable remedies . . . .

20  Damages are not available.").  Accordingly, Dr. Hu is not entitled to a jury trial on his UCL

21  counterclaim.  Therefore, the court will first try the jury claim and will then issue findings of fact

22  and conclusions of law on the UCL counterclaim based on the evidence presented during the jury

23  trial. *See GSI Tech., Inc. v. United Memories, Inc.*, No. 5:13-cv-01081-PSG, 2016 WL 3035698,

24  at *1, *3 (N.D. Cal. May 26, 2016).

25  XIX.  IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

26      None.

27  XX.  ATTORNEYS' FEES

28      In the event of a ruling in plaintiff's favor for the misappropriation of trade secrets,

1  plaintiff will seek attorneys' fees pursuant to 18 U.S.C. § 1836(b)(3)(D) for the willful and

2  malicious misappropriation of trade secrets.  Plaintiff proposes to file a motion within 28 days

3  after judgment is final as provided in Local Rule 293.

4        In the event that the ruling is in favor of the defendant and counterclaimant, Dr. Hu

5  reserves the right to seek attorney fees and all costs associated with pro se representation, to be

6  awarded on par with attorney fees for the pre pro se period, as part of his defense and

7  counterclaims.

8  XXI.    TRIAL PROTECTIVE ORDER AND REDACTION OF TRIAL EXHIBITS

9        At the pretrial hearing, plaintiff's counsel clarified that plaintiff is no longer seeking to

10  negotiate a stipulation with defendant regarding sealing the courtroom when its confidential

11  information is offered into evidence and represented that plaintiff would instead stand on the

12  protective order (Doc. No. 44) previously entered in this case.  However, that protective order

13  states that "[a]ny use of Protected Material at trial shall be governed by a separate agreement or

14  order."  (Doc. No. 44 at 4.)  Therefore, it is not clear to the court what plaintiff's intentions are

15  with regard to the information that plaintiff apparently believes is confidential.  This subject may

16  be addressed in the objections filed to this tentative pretrial order.

17  XXII.   MISCELLANEOUS

18        None.

19  XXIII.  ESTIMATED TIME OF TRIAL/TRIAL DATE

20        Jury trial is scheduled for **September 9, 2024**, at 9:00 a.m. in Courtroom 4 before the

21  Honorable Dale A. Drozd.  Trial is anticipated to last **6 to 7** court days.  The parties are directed

22  to Judge Drozd's Standing Order in Civil Actions, available on his webpage on the court's

23  website.

24        Counsel are directed to contact Pete Buzo, courtroom deputy, at (916) 930-4016, no later

25  than one week prior to trial to ascertain the status of the trial date.

26  XXIV.  PROPOSED JURY *VOIR DIRE* AND PROPOSED JURY INSTRUCTIONS

27        The parties shall file any proposed jury *voir dire* **14 days before trial**.  Each party will be

28  limited to fifteen minutes of supplemental jury *voir dire*.

The court directs counsel to meet and confer in an attempt to generate a joint set of jury instructions and verdicts.  The parties shall file any such joint set of instructions **21 days before trial**, identified as "Joint Jury Instructions and Verdicts."  To the extent the parties are unable to agree on all or some instructions and verdicts, their respective proposed instructions are due **21 days before trial**.

Counsel shall e-mail a copy of all proposed jury instructions and verdicts, whether agreed or disputed, as a Word document to dadorders@caed.uscourts.gov no later than **21 days before trial**; all blanks in form instructions should be completed and all brackets removed.

Objections to proposed jury instructions must be filed **14 days before trial**; each objection shall identify the challenged instruction and shall provide a concise explanation of the basis for the objection along with citation of authority.  When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject.

XXV.   TRIAL BRIEFS

As noted above, trial briefs are due **14 days before trial**.

XXVI.   OBJECTIONS TO PRETRIAL ORDER

Each party is granted **14 days from the date of entry of this order** to file objections to the same.  Each party is also granted **7 days thereafter** to respond to the other party's objections. If no objections are filed, the order will become final without further order of this court.

The parties are reminded that pursuant to Rule 16(e) of the Federal Rules of Civil Procedure and Local Rule 283 of this court, this order shall control the subsequent course of this action and shall be modified only to prevent manifest injustice.

IT IS SO ORDERED.

Dated:   **January 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**ATTACHMENT A**

Plaintiff's Witness List

1.     Zhixiang Hu

2.     Jasmine Xiong

3.     Ashley Smith

4.     Lixin Feng

5.     Lisha Allen

6.     Kuanzhong Gao

7.     Peggy Tang

8.     Dr. Hui Ouyang

9.     Josephine Cardarelli

10.    Mike Kunkel

**ATTACHMENT B**

Defendants' Witness List

1.    Dr. Sean Hu

2.    Dr. Jinxu Wang

3.    Mr. Yingui Li

4.    Mr. Dongchen Cai

5.    Mr. Jumin Sun

6.    Dr. Janet Xiao

7.    Ms. Jasmine Xiong

8.    Ms. Lisha Allen

9.    Ms. Ashley Smith

10.   Dr. Lixin Feng

11.   Mr. Tom (Kuanzhong) Gao

12.   Dr. Hui Ouyang

13.   Mike Kunkel

14.   Josephine Cardarell

**ATTACHMENT C**

Plaintiff's Exhibit List

| Exh. | Description |
|------|-------------|
| 1 | Declaration of Pina Cardarelli ISO CSPC Dophen's Motion for Summary Judgment. 2022-06-17 |
| 2 | Expert Report of Dr. Josephine ("Pina") Cardarelli. 2019-02-08 |
| 3 | Expert Report Exhibit A: Josephine ("Pina") Cardarelli, Ph.D. Curriculum Vitae. (n/a) 2019-02-08 |
| 4 | Expert Report Exhibit B: Materials Considered in connection with the preparation of the Cardarelli Expert Report. 2019-02-08 |
| 5 | Declaration of Mike Kunkel ISO CSPC Dophen's Motion for Summary Judgment. 2022-06-17 |
| 6 | Expert Report of Michael Kunkel. 2019-02-08 |
| 7 | Expert Report Exhibit A: Michael Kunkel, Setec Investigations, Curriculum Vitae with Testimony. 2018-09- 13 |
| 8 | Kunkel Expert Report Exhibit B: Samsung-USB_Devices. 2022-06-17 |
| 9 | Kunkel Expert Report Exhibit C: Samsung Removable LNK File. 2022-06-17 |
| 10 | Kunkel Expert Report Exhibit D: Samsung Network LNK File. 2022-06-17 |
| 11 | Kunkel Expert Report Exhibit E: Samsung Cloud Storage. (n/a-), 2022-06-17 |
| 12 | Kunkel Expert Report Exhibit F: Piriform webpage product description - What can you use it for. 2022-06- 17 |
| 13 | Kunkel Expert Report Exhibit G: Piriform webpage product description - Wiping free disk space. 2022-06- 17 |
| 14 | Kunkel Expert Report Exhibit H: CCleaner.com webpage product description - Including files and folders for cleaning. 2022-06-17 |
| 15 | Kunkel Expert Report Exhibit I: Vostro CCleaner Wiped Files. 2022-06-17 |
| 16 | Kunkel Expert Report Exhibit J: Vostro Minitool Log File Directory. 2022-06-17 |

| 17 | Kunkel Expert Report Exhibit K: Deleted Files from Backup File Directory. 2022-06-17 |
| 18 | Kunkel Expert Report Exhibit L: Vostro Laptop USB Devices File Directory. 2022-06-17 |
| 19 | Kunkel Expert Report Exhibit M: Dell Desktop USB Devices File Directory. 2022-06-17 |
| 20 | Non-Disclosure of Confidential and Proprietary Information. (CSPC0000012), 2013-04-04 |
| 21 | CSPC Dophen's Employee Manual. (CSPC0000054-CSPC0000088), undated |
| 22 | Conflict of Interest Policy with CSPC Dophen. (CSPC0000013), 2013-04-04 |
| 23 | Sean Hu's W-2 from CSPC Dophen for the years 2012-2017. (CSPC0000102-CSPC0000107, 314), 2012-2017 |
| 24 | CSPC Dophen's Safe Harbor 401(k) Plan for Sean Hu. (CSPC0000305-CSPC0000313), 1/1/2012 - 7/31/2017 |
| 25 | Termination letter sent from CSPC Dophen to Sean Hu. (CSPC0000111), 2017-07-21 |
| 26 | Excerpted copy of the January 10, 2019, deposition of Song "Jasmine" Xiong. 2019-01-10 |
| 27 | Copy of an invoice sent from Sean under Dophen Biomed, Inc. to Heidelberg Pharma for purchase of Microbial Transglutaminase. (CSPC0000207), 2016-10-07 |
| 28 | Email between Lisha Allen and Ashley Smith re: FW: Senior Accountant. (CSPC0089882-CPSC0089885), 2017-08-01 |
| 29 | Chase Bank Statement December 1, 2017 thru December 29, 2017. (CHASE0000202-CHASE0000204), 2018-11-02 |
| 30 | Chase Bank Statement December 30, 2017 thru January 31, 2018. (CHASE0000205-CHASE0000211), 2018- 11-02 |
| 31 | Chase Bank Statement June 1, 2018 thru June 29, 2018. (CHASE0000226-CHASE0000235), 2018-11-02 |

| 32 | Chase Bank Statement June 30, 2018 thru July 31, 2018. (CHASE0000236-CHASE0000239), 2018-11-02 |
| 33 | Chase Bank Statement August 1, 2018 thru August 31, 2018. (CHASE0000240-CHASE0000244), 2018-11-02 |
| 34 | Chase Bank Statement September 1, 2018 thru September 28, 2018. (CHASE0000245-CHASE0000250), 2018-11-02 |
| 35 | Documents produced by Ms. Song (Jasmine) Xiong in response to the subpoenas and letter from Morrison & Foerster. various dates |
| 36 | Email between Sean Hu and Jasmine Xiong re: Offer. (CSPC0089049-CPSC0089050), 2014-03-08 |
| 37 | Email between Jasmine Xiong and Sean Hu re: Business License. (CSPC0077212-CSPC0077214), 2014-12- 09 |
| 38 | Articles of Incorporation for Dophen Biomed, Inc. (CSPC0000225), 2014-04-22 |
| 39 | Declaration of Jasmine Xiong in Support of Sean Hu's Motion to Disqualify Counsel. 2018-07-12 |
| 40 | Email between Jasmine Xiong, Tina Ren and Li Yingui re: Dophen Budget Enforcement. (CSPC0078182- CSPC0078183), 2015-10-06 |
| 41 | Letter dated February 17, 2015, to Yanhong Li from Jasmine Xiong. (CSPC0077227), 2015-02-17 |
| 42 | Declaration of Jasmine Xiong in Support of Sean Hu's Opposition to CSPC Dophen's Motion to Compel Discovery Responses from Dr. Sean Hu. 2018-06-22 |
| 43 | Email between Jasmine Xiong and Tiger Technologies re: Legal owner contact change for dophenbiomed.com (A-23529-71899). (CSPC0077987-CSPC0077988), 2015-05-01 |
| 44 | National Institute of Health Grant Proposal. (CSPC0090215-CSPC0090278), 2015-12-29 |
| 45 | State of California Statement of Information form. (CSPC0094338), 2016-03-15 |

| 46 | Declaration of Jasmine Xiong in Support of Sean Hu's Opposition to CSPC Pharmaceutical Group Limited's Motion to Dismiss. 2018-08-30 |
|----|---|
| 47 | Declaration of Sean Hu in Support of Opposition to Plaintiff's Motion for Expedited Discovery.  2017-10- 20 |
| 48 | Declaration of Sean Hu in Support of Sean Hu's Opposition to Motion to Quash or Modify Defendant's Subpoenas. 2018-12-07 |
| 49 | E-mail chain between Peggy Tang and Sean Hu re: Hu's CV and BP Deck. 2017-10-06 |
| 50 | Sean Hu PowerPoint presentation re Salvage Targeted Bio-Therapeutics for Cancer by Mitigating Toxicity. 2017-09-20 |
| 51 | E-mail chain between Sean Hu and Jinxu Wang re: Recommending Lixen to move to Simon's group to manage ADC project. (CSPC0094520), 2017-04-10 |
| 52 | E-mail between Sean Hu and Jinxu Wang re: DP303 IND Sponsor. (CSPC0094822-CSPC0094823), 2017-04- 12 |
| 53 | E-mail chain between "Ichunlei," Sean Hu, Li Yingui and Jinxu Wang re: Fwd: email to Jinxu in 2011. (CSPC0094754-CSPC0094757), 2017-08-06 |
| 54 | Email between Jasmine Xiong and Lan Tang re: Order Summary (GenScript order 470719 for quotation 1166031) -- Please review this order and reply for any changes immediately CRM:0106000000269. (CSPC0078075-CSPC0078078), 2017-08-07 |
| 55 | Email between Jasmine Xiong and Sean Hu re: Business License. (CSPC0077212-CSPC0077214), 2014-12- 09 |
| 56 | Sacramento Business Journal article: Local subsidiary of Chines pharamceutical giant in legal fight with researcher. (CSPC0094860-CSPC0094862), 2017-09-28 |
| 57 | National Institute of Health Grant Proposal. (CSPC0090215-CSPC0090278), 2015-12-29 |
| 58 | Email between Rubin Yang and Sean Hu re: Monthly Report. (CSPC0000315), 2016-12-01 |

| 59 | Dophen BioMed November Monthly Report attached to R. Yang email. (CSPC0000316-CSPC0000321), 2016-11-30 |
| 60 | Email between Rubin Yang and Sean Hu re: January Report. (CSPC0000322), 2017-02-03 |
| 61 | Dophen BioMed November (sic) [January] Monthly Report attached to R. Yang email. (CSPC0000323- CSPC0000327), 2017-02-01 |
| 62 | Email between Rubin Yang and Sean Hu re: Feb Report. (CSPC0000328), 2017-03-01 |
| 63 | Dophen BioMed November (sic) [February] Monthly Report attached to R. Yang email. (CSPC0000329- CSPC0000331), 2017-02-28 |
| 64 | Email between Rubin Yang and Sean Hu re: March Report. (CSPC0000332), 2017-04-01 |
| 65 | Dophen BioMed March Monthly Report attached to R. Yang email. (CSPC0000333-CSPC0000336), 2017-03- 31 |
| 66 | Email between Rubin Yang and Sean Hu re: April Monthly Report. (CSPC0000337), 2017-04-29 |
| 67 | Dophen BioMed April Monthly Report attached to R. Yang email. (CSPC0000338-CSPC0000342), 2017-04- 28 |
| 68 | Email between Rubin Yang and Sean Hu re: May Report. (CSPC0000343), 2017-06-01 |
| 69 | Dophen BioMed May Monthly Report attached to R. Yang email. (CSPC0000344-CSPC0000345), 2017-05- 31 |
| 70 | Email between Rubin Yang, Sean Hu and Lisha Allen re: June Report. (CSPC0000346), 2017-07-02 |
| 71 | Dophen BioMed March [June] Monthly Report attached to R. Yang email. (CSPC0000347-CSPC0000354), 2017-06-31 (sic) |
| 72 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000355), 2017- |

| | | |
|---|---|---|
| | | 03-31 |
| 73 | Dophen BioMed March 2017 Monthly Report attached to L. Allen email. (CSPC0000356-CSPC0000366), 2017-03-30 | |
| 74 | Dophen BioMed March 2017 Monthly Report attached to L. Allen email. (CSPC0000367-CSPC0000377), 2017-03-30 | |
| 75 | Dophen BioMed August Monthly Report from L. Allen. (CSPC0000394-CSPC0000407), 2015-08-27 | |
| 76 | Email between Lisha Allen and Sean Hu re: Update on Production / Plan of Stability. (CSPC0000408), 2016- 07-08 | |
| 77 | DP303c Drug Product Characterization Table. (CSPC0000409-CSPC0000410), undated | |
| 78 | DP303c Drug Product Stability Study Protocol. (CSPC0000411), undated | |
| 79 | DP303c Drug Substance Stability Study Protocol. (CSPC0000419-CSPC0000427), undated | |
| 80 | Dophen BioMed June Monthly Report. (CSPC0000428-CSPC0000437), 2016-07-04 | |
| 81 | Dophen BioMed June Monthly Report. (CSPC0000438-CSPC0000447), 2016-07-04 | |
| 82 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000448), 2015-12-01 | |
| 83 | Dophen BioMed November 2015 Monthly Report attached to L. Allen email. (CSPC0000449- CSPC0000455), 2015-11-30 | |
| 84 | Dophen BioMed November 2015 Monthly Report attached to L. Allen email. (CSPC0000456- CSPC0000462), 2015-11-30 | |
| 85 | Email between Lisha Allen and Sean Hu re: mTgase production used for DP303c batches. (CSPC0000463), 2017-02-26 | |
| 86 | M1-NHW mTgase Production SOP information sheet. (CSPC0000464-CSPC0000471), undated | |
| 87 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000472), 2016- | |

| | 05-03 |
|---|---|
| 88 | Dophen BioMed April 2016 Monthly Report attached to L. Allen email. (CSPC0000473-CSPC0000487), 2016 04-27 |
| 89 | Dophen BioMed April 2016 Monthly Report attached to L. Allen email. (CSPC0000488), 2016-04-27 |
| 90 | Email between Lisha Allen and Sean Hu re: Report for DP303c Production Thus Far. (CSPC0000503), 2016- 04-07 |
| 91 | Dophen BioMed March 2016 Monthly Report attached to L. Allen email. (CSPC0000504-CSPC0000515), 2016-04-03 |
| 92 | Dophen BioMed March 2016 Monthly Report attached to L. Allen email. (CSPC0000516-CSPC0000527), 2016-04-03 |
| 93 | Email between Lisha Allen and Sean Hu re: October Monthly Report. (CSPC0000528), 2016-11-03 |
| 94 | Dophen BioMed October 2016 Monthly Report attached to L. Allen email. (CSPC0000529-CSPC0000541), 2016-10-31 |
| 95 | Dophen BioMed October 2016 Monthly Report attached to L. Allen email. (CSPC0000542-CSPC0000554), 2016-10-31 |
| 96 | Email between Lisha Allen and Sean Hu re: September Monthly Report. (CSPC0000555), 2015-09-30 |
| 97 | Dophen BioMed September 2015 Monthly Report attached to L. Allen email. (CSPC0000556- CSPC0000569), 2015-09-28 |
| 98 | Dophen BioMed September 2015 Monthly Report attached to L. Allen email. (CSPC0000570- CSPC0000583), 2015-09-28 |
| 99 | ADC Reaction RT vs Time charts (native excel). (CSPC0000584), undated |
| 100 | Email between Lisha Allen and Sean Hu re: January Monthly Report. (CSPC0000585), 2016-02-01 |
| 101 | Dophen BioMed January 2016 Monthly Report attached to L. Allen email. |

| | | |
|---|---|---|
| | | (CSPC0000586-CSPC0000599), 2015-01-30 (sic) |
| 102 | Dophen BioMed January 2016 Monthly Report attached to L. Allen email. (CSPC0000600-CSPC0000613), 2015-01-30 (sic) |
| 103 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000614), 2017-02-03 |
| 104 | Dophen BioMed January 2017 Monthly Report attached to L. Allen email. (CSPC0000615-CSPC0000622), 2017-02-02 |
| 105 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000623), 2017-03-01 |
| 106 | Dophen BioMed February 2017 Monthly Report attached to L. Allen email. (CSPC0000624-CSPC0000630), 2017-02-28 |
| 107 | Dophen BioMed February 2017 Monthly Report attached to L. Allen email. (CSPC0000631-CSPC0000638), 2017-02-28 |
| 108 | Email between Lisha Allen and Sean Hu re: May Monthly Report. (CSPC0000639), 2017-06-01 |
| 109 | Dophen BioMed May 2017 Monthly Report attached to L. Allen email. (CSPC0000640-CSPC0000649), 2017- 05-30 |
| 110 | Dophen BioMed May 2017 Monthly Report attached to L. Allen email. (CSPC0000650-CSPC0000659), 2017- 05-30 |
| 111 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000660), 2016-12-06 |
| 112 | Dophen BioMed November 2016 Monthly Report attached to L. Allen email. (CSPC0000661- CSPC0000673), 2016-11-28 |
| 113 | Dophen BioMed November 2016 Monthly Report attached to L. Allen email. (CSPC0000674- CSPC0000686), 2016-11-28 |
| 114 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000687), 2015-11-01 |

| 115 | Dophen BioMed October 2015 Monthly Report attached to L. Allen email. (CSPC0000688-CSPC0000702), 2015-10-30 |
|---|---|
| 116 | Dophen BioMed October 2015 Monthly Report attached to L. Allen email. (CSPC0000703-CSPC0000717), 2015-10-30 |
| 117 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000718), 2017-04-29 |
| 118 | Dophen BioMed April 2017 Monthly Report attached to L. Allen email. (CSPC0000719-CSPC0000726), 2017 04-28 |
| 119 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000727), 2016-01-01 |
| 120 | Dophen BioMed December 2015 Monthly Report attached to L. Allen email. (CSPC0000728- CSPC0000738), 2015-12-30 |
| 121 | Dophen BioMed December 2015 Monthly Report attached to L. Allen email. (CSPC0000739- CSPC0000749), 2015-12-30 |
| 122 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000750), 2017-01-04 |
| 123 | Dophen BioMed December 2016 Monthly Report attached to L. Allen email. (CSPC0000751- CSPC0000766), 2016-12-29 |
| 124 | Dophen BioMed December 2016 Monthly Report attached to L. Allen email. (CSPC0000767- CSPC0000782), 2016-12-29 |
| 125 | Email between Lisha Allen and Sean Hu re: July Monthly Report. (CSPC0000783), 2015-08-01 |
| 126 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0000784-CSPC0000797), 2015- 07-30 |
| 127 | ADC Reaction RT vs Time charts (native excel). (CSPC0000798), undated |
| 128 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0000799-CSPC0000812), 2015- 07-30 |

| 129 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000813), 2016-06-03 |
| 130 | Dophen BioMed May 2016 Monthly Report attached to L. Allen email. (CSPC0000814-CSPC0000825), 2016- 05-31 |
| 131 | Dophen BioMed May 2016 Monthly Report attached to L. Allen email. (CSPC0000826-CSPC0000837), 2016- 05-31 |
| 132 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000838), 2016-03-02 |
| 133 | Dophen BioMed February 2016 Monthly Report attached to L. Allen email. (CSPC0000839-CSPC0000849), 2016-02-29 |
| 134 | Dophen BioMed February 2016 Monthly Report attached to L. Allen email. (CSPC0000850-CSPC0000860), 2016-02-29 |
| 135 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0000861), 2015-07-03 |
| 136 | Dophen BioMed June 2015 Monthly Report attached to L. Allen email. (CSPC0000862-CSPC0000872), 2015- 07-01 |
| 137 | Dophen BioMed June 2015 Monthly Report attached to L. Allen email. (CSPC0000873-CSPC0000883), 2015- 07-01 |
| 138 | Email between Lisha Allen and Sean Hu re: June Monthly Report. (CSPC0000884), 2017-07-01 |
| 139 | Dophen BioMed June 2017 Monthly Report attached to L. Allen email. (CSPC0000885-CSPC0000891), 2017- 06-30 |
| 140 | Dophen BioMed June 2017 Monthly Report attached to L. Allen email. (CSPC0000892-CSPC0000898), 2017- 06-30 |
| 141 | Letter from Sean Hu to Center for Drug Evaluation & Research re submission of Investigational new drug application re clinical study of DP303c-101. (CSPC0036493), 2017-03-27 |

| 142 | Investigator's Brochure re Investigational Product Compound Number: DP303c. (CSPC0036502- CSPC0036526), 2017-03-22 |
| 143 | IND 130699 (SDP303c) 2.2 Introduction to Summary. (CSPC0036577), undated |
| 144 | IND 130699 (SDP303c) 2.3 Drug Product. (CSPC0036579-CSPC0036583), undated |
| 145 | IND 130699 (SDP303c) 2.3 DP303c Drug Substance. (CSPC0036584-CSPC0036588), undated |
| 146 | IND 130699 (SDP303c) 2.3 Quality Overall Summary . (CSPC0036589), undated |
| 147 | IND 130699 (SDP303c) 2.4 Nonclinical Overview. (CSPC0036590-CSPC0036606), undated |
| 148 | IND 130699 (SDP303c) 2.5 Nonclinical Overview. (CSPC0036607-CSPC0036609), undated |
| 149 | IND 130699 (SDP303c) 2.6.1 Introduction. (CSPC0036610), undated |
| 150 | IND 130699 (SDP303c) 2.6.3 Pharmacology Tabulated Summary. (CSPC0036615-CSPC0036619), undated |
| 151 | IND 130699 (SDP303c) 2.6.2 Pharmacology Written Summary. (CSPC0036620-CSPC0036626), undated |
| 152 | IND 130699 (SDP303c) 2.6.5 Pharmacokinetics Summary. (CSPC0036627-CSPC0036638), undated |
| 153 | IND 130699 (SDP303c) 2.6.4 Pharmacokinetics Written Summary. (CSPC0036639), undated |
| 154 | IND 130699 (SDP303c) 2.6.7 Toxicology Tabulated Summary. (CSPC0036672), undated |
| 155 | IND 130699 (SDP303c) 2.6.6 Pharmacology Written Summary. (CSPC0036681), undated |
| 156 | IND 130699 (SDP303c) 3.2.A.2 Adventitious Agents Safety Evaluation. (CSPC0036695-CSPC0036702), undated |
| 157 | IND 130699 (SDP303c) 3.2.P.1 Description and Composition of Drug Product. |

|     |                                                                                                              |
| --- | ------------------------------------------------------------------------------------------------------------ |
|     | (CSPC0036703- CSPC0036705), undated                                                                          |
| 158 | IND 130699 (SDP303c) 3.2.P.2 Pharmaceutical Development. (CSPC0036706-CSPC0036713), undated                  |
| 159 | IND 130699 (SDP303c) 3.2.P.3.2 Batch Formula. (CSPC0036714), undated                                         |
| 160 | IND 130699 (SDP303c) 3.2.P.3.4 Controls of Critical Steps and Intermediates. (CSPC0036715), undated          |
| 161 | IND 130699 (SDP303c) 3.2.P.3.3 Description of Manufacturing Process and Process Controls. (CSPC0036716-CSPC0036718), undated |
| 162 | IND 130699 (SDP303c) 3.2.P.3.1 Manufacturers. (CSPC0036719), undated                                         |
| 163 | IND 130699 (SDP303c) 3.2.P.3.5 Process Validation and/or Evaluation. (CSPC0036720), undated                  |
| 164 | IND 130699 (SDP303c) 3.2.P.4.5 Excipients of Human or Animal Origin. (CSPC0036721), undated                  |
| 165 | IND 130699 (SDP303c) 3.2.P.4.1 Specifications. (CSPC0036722), undated                                        |
| 166 | IND 130699 (SDP303c) 3.2.P.5.1 Specifications. (CSPC0036723-CSPC0036724), undated                            |
| 167 | IND 130699 (SDP303c) 3.2.P.5.2 Analytical Procedures. (CSPC0036725), undated                                 |
| 168 | IND 130699 (SDP303c) 3.2.P.5.3 Validation of Analytical Procedures. (CSPC0036726), undated                   |
| 169 | IND 130699 (SDP303c) 3.2.P.5.4 Validation of Analytical Procedures. (CSPC0036727-CSPC0036731), undated       |
| 170 | Certificate of Analysis. (CSPC0036732-CSPC0036733), undated                                                  |
| 171 | IND 130699 (SDP303c) 3.2.P.5.5 Characterization of Impurities. (CSPC0036734), undated                        |
| 172 | IND 130699 (SDP303c) 3.2.P.5.6 Justification of Specifications. (CSPC0036735), undated                       |
| 173 | IND 130699 (SDP303c) 3.2.P.6 Biotech Drug Product Reference Standards or                                     |

| | | |
|---|---|---|
| | | Materials. (CSPC0036736), undated |
| 174 | | IND 130699 (SDP303c) 3.2.P.7 Drug Product Container Closure System. (CSPC0036737), undated |
| 175 | | IND 130699 (SDP303c) 3.2.P.8.3 Stability Data. (CSPC0036738-CSPC0036753), undated |
| 176 | | IND 130699 (SDP303c) 3.2.P.8.1 Stability Summary and Conclusion. (CSPC0036754-CSPC0036760), undated |
| 177 | | IND 130699 (SDP303c) 3.2.S.1.3 General Properties. (CSPC0036761), undated |
| 178 | | IND 130699 (SDP303c) 3.2.S.1.1 Nomenclature. (CSPC0036762), undated |
| 179 | | IND 130699 (SDP303c) 3.2.S.1.2 Structure. (CSPC0036763-CSPC0036766), undated |
| 180 | | IND 130699 (SDP303c) 3.2.S.2.4 Control of Critical Steps and Intermediates. (CSPC0036767), undated |
| 181 | | IND 130699 (SDP303c) 3.2.S.2.3 Control of Materials. (CSPC0036768-CSPC0036775), undated |
| 182 | | IND 130699 (SDP303c) 3.2.S.2.2 Description of Manufacturing Process and Process Controls. (CSPC0036776-CSPC0036780), undated |
| 183 | | IND 130699 (SDP303c) 3.2.S.2.6 Manufacturing Process Development. (CSPC0036781-CSPC0036782), undated |
| 184 | | IND 130699 (SDP303c) 3.2.S.2.1 Manufacturers. (CSPC0036783), undated |
| 185 | | IND 130699 (SDP303c) 3.2.S.3.1 Elucidation of Structure and Other Characteristics. (CSPC0036784- CSPC0036796), undated |
| 186 | | IND 130699 (SDP303c) 3.2.S.3.2 Impurities. (CSPC0036797-CSPC0036799), undated |
| 187 | | IND 130699 (SDP303c) 3.2.S.4.2 Specification . (CSPC0036800-CSPC0036801), undated |
| 188 | | IND 130699 (SDP303c) 3.2.S.4.1 Analytical Procedures. (CSPC0036802-CSPC0036807), undated |

| 189 | IND 130699 (SDP303c) 3.2.S.4.3 Validation of Analytical Procedures. (CSPC0036808), undated |
|---|---|
| 190 | IND 130699 (SDP303c) 3.2.S.4.4 Batch Analyses. (CSPC0036809-CSPC0036812), undated |
| 191 | IND 130699 (SDP303c) 3.2.S.4.5 Justification of Specification. (CSPC0036813-CSPC0036816), undated |
| 192 | IND 130699 (SDP303c) 3.2.S.5 References Standards or Materials. (CSPC0036817), undated |
| 193 | IND 130699 (SDP303c) 3.2.S.6 Container Closure System. (CSPC0036818), undated |
| 194 | IND 130699 (SDP303c) 3.2.S.7.3 Stability Data. (CSPC0036819-CSPC0036831), undated |
| 195 | IND 130699 (SDP303c) 3.2.S.7.1 Stability Summary and Conclusions. (CSPC0036832-CSPC0036837), undated |
| 196 | IND 130699 (SDP303c) 3.2.S.1.3 General Properties. (CSPC0036838), undated |
| 197 | IND 130699 (SDP303c) 3.2.S.1.1 Nomenclature. (CSPC0036839), undated |
| 198 | IND 130699 (SDP303c) 3.2.S.1.2 Structure. (CSPC0036840-CSPC0036842), undated |
| 199 | IND 130699 (SDP303c) 3.2.S.2.4 Control of Critical Steps and Intermediates. (CSPC0036843), undated |
| 200 | IND 130699 (SDP303c) 3.2.S.2.3 Control of Materials. (CSPC0036844-CSPC0036852), undated |
| 201 | IND 130699 (SDP303c) 3.2.S.2.2 Description of Manufacturing Process and Process Controls. (CSPC0036853-CSPC0036863), undated |
| 202 | IND 130699 (SDP303c) 3.2.S.2.6 Manufacturing Process Development. (CSPC0036864), undated |
| 203 | IND 130699 (SDP303c) 3.2.S.2.1 Manufacturers. (CSPC0036865), undated |
| 204 | IND 130699 (SDP303c) 3.2.S.2.5 Process Validation and/or Evaluation. (CSPC0036866), undated |

| 205 | IND 130699 (SDP303c) 3.2.S.3.1 Elucidation of Structure and Other Characteristics. (CSPC0036867- CSPC0036879), undated |
|---|---|
| 206 | IND 130699 (SDP303c) 3.2.S.3.2 Impurities. (CSPC0036880-CSPC0036885), undated |
| 207 | IND 130699 (SDP303c) 3.2.S.4.1 Specification. (CSPC0036886), undated |
| 208 | IND 130699 (SDP303c) 3.2.S.4.2 Analytical Procedures. (CSPC0036887-CSPC0036890), undated |
| 209 | IND 130699 (SDP303c) 3.2.S.4.3 Validation of Analytical Procedures (CSPC0036891), undated |
| 210 | IND 130699 (SDP303c) 3.2.S.4.4 Batch Analyses. (CSPC0036892-CSPC0036895), undated |
| 211 | IND 130699 (SDP303c) 3.2.S.4.5 Justification of Specification. (CSPC0036896-CSPC0036898), undated |
| 212 | IND 130699 (SDP303c) 3.2.S.5 References Standards or Materials. (CSPC0036899), undated |
| 213 | IND 130699 (SDP303c) 3.2.S.6 Container Closure System. (CSPC0036900), undated |
| 214 | IND 130699 (SDP303c) 3.2.S.7.3 Stability Data. (CSPC0036901-CSPC0036911), undated |
| 215 | IND 130699 (SDP303c) 3.2.S.7.1 Stability Summary and Conclusions. (CSPC0036912-CSPC0036917), undated |
| 216 | IND 130699 (SDP303c) 3.2.S.1.3 General Properties. (CSPC0036918), undated |
| 217 | IND 130699 (SDP303c) 3.2.S.1.1 Nomenclature. (CSPC0036919), undated |
| 218 | IND 130699 (SDP303c) 3.2.S.1.2 Structure. (CSPC0036920), undated |
| 219 | IND 130699 (SDP303c) 3.2.S.2.4 Control of Critical Steps and Intermediates. (CSPC0036921), undated |
| 220 | IND 130699 (SDP303c) 3.2.S.2.3 Control of Materials. (CSPC0036922-CSPC0036924), undated |

| 221 | IND 130699 (SDP303c) 3.2.S.2.2 Description of Manufacturing Process and Process Controls. (CSPC0036925), undated |
|---|---|
| 222 | IND 130699 (SDP303c) 3.2.S.2.1 Manufacturers. (CSPC0036928), undated |
| 223 | IND 130699 (SDP303c) 3.2.S.2.6 Manufacturing Process Development. (CSPC0036929), undated |
| 224 | IND 130699 (SDP303c) 3.2.S.2.5 Process Validation and/or Evaluation. (CSPC0036930), undated |
| 225 | IND 130699 (SDP303c) 3.2.S.3.1 Elucidation of Structure and Other Characteristics. (CSPC0036931- CSPC0036935), undated |
| 226 | IND 130699 (SDP303c) 3.2.S.3.2 Impurities. (CSPC0036936-CSPC0036939), undated |
| 227 | IND 130699 (SDP303c) 3.2.S.4.1 Specification. (CSPC0036940), undated |
| 228 | IND 130699 (SDP303c) 3.2.S.4.2 Analytical Procedures. (CSPC0036941), undated |
| 229 | IND 130699 (SDP303c) 3.2.S.4.3 Validation of Analytical Procedures. (CSPC0036942), undated |
| 230 | IND 130699 (SDP303c) 3.2.S.4.4 Batch Analyses. (CSPC0036943-CSPC0036945), undated |
| 231 | IND 130699 (SDP303c) 3.2.S.4.5 Justification of Specification. (CSPC0036946-CSPC0036948), undated |
| 232 | IND 130699 (SDP303c) 3.2.S.5 References Standards or Materials. (CSPC0036949), undated |
| 233 | IND 130699 (SDP303c) 3.2.S.6 Container Closure System. (CSPC0036950), undated |
| 234 | IND 130699 (SDP303c) 3.2.S.7.3 Stability Data. (CSPC0036951), undated |
| 235 | IND 130699 (SDP303c) 3.2.S.7.1 Stability Summary and Conclusions. (CSPC0036952-CSPC0036958), undated |
| 236 | Email between Rubin Yang, Sean Hu and L. Allen re: mTgase new constructs. (CSPC0094892), 2016-08-29 |

| 237 | Email between Rubin Yang, Sean Hu and L. Allen re: additional Q step for NHW07282016. (CSPC0094893), 2017-02-26 |
| 238 | Q sepharose purification for NHW07282016. (CSPC0094894), undated |
| 239 | Email between Rubin Yang and Sean Hu re: Streptavidin binding assay. (CSPC0094895), 2017-06-18 |
| 240 | 06192017 experiment design (Herceptin HBP and Streptavidin binding assay). (CSPC0094896), undated |
| 241 | Email between Rubin Yang and Sean Hu re: mTgase new constructs. (CSPC0094897), 2016-08-29 |
| 242 | mTgase new constructs. (CSPC0094898-CSPC0094903), undated |
| 243 | Email between Rubin Yang and Sean Hu re: additional Q step for NHW07282016. (CSPC0094904), 2017-03- 07 |
| 244 | Q sepharose purification for NHW07282016. (CSPC0094905-CSPC0094906), undated |
| 245 | Email between Rubin Yang, Sean Hu and L. Allen re: mTtgase production used for DP3O3c batches. (CSPC0094907), 2016-03-07 |
| 246 | Sources 15s NHW purification.docx. (CSPC0094908-CSPC0094909), undated |
| 247 | Email between Rubin Yang, Sean Hu and L. Allen re: Flow chart. (CSPC0094910), 2017-03-30 |
| 248 | FabArmExchange IgGi reduce disrupt and refold. (CSPC0094911), undated |
| 249 | Email between Rubin Yang, Sean Hu and J. Lovinger re: Flow chart. (CSPC0094912), 2017-04-03 |
| 250 | Flow chart and purification summary 04032017. (CSPC0094913-CSPC0094914), undated |
| 251 | Email between Rubin Yang, Sean Hu and J. Lovinger re: Flow chart. (CSPC0094915), 2017-04-03 |
| 252 | Flow chart and purification summary 04032017. (CSPC0094916-CSPC0094917), |

| | undated |
|---|---|
| 253 | Email between Rubin Yang and Sean Hu re: ELISA signal. (CSPC0094918), 2017-04-05 |
| 254 | ELISA description signal table. (CSPC0094919), undated |
| 255 | ELISA description signal table (native excel). (CSPC0094920), undated |
| 256 | Email between Lisha Allen and Sean Hu re: July Monthly Report. (CSPC0095698), 2015-08-01 |
| 257 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0095699), 2015-07-30 |
| 258 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0095700-CSPC0095713), 2015- 07-30 |
| 259 | Email between Lisha Allen and Sean Hu re: July Monthly Report. (CSPC0095779), 2015-08-01 |
| 260 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0095780), 2015-07-30 |
| 261 | Dophen BioMed July 2015 Monthly Report attached to L. Allen email. (CSPC0095781-CSPC0095794), 2015- 07-30 |
| 262 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0096249), 2017-02-03 |
| 263 | Dophen BioMed January 2017 Monthly Report attached to L. Allen email. (CSPC0096250-CSPC0096257), 2017-02-02 |
| 264 | Dophen BioMed January 2017 Monthly Report attached to L. Allen email. (CSPC0096258-CSPC0096265), 2017-02-02 |
| 265 | Email between Sean Hu and Lisha Allen re: 6 mTgase mutants. (CSPC0118551), 2015-09-08 |
| 266 | Six PromTgase mutants brief. (CSPC0118552-CSPC0118553), undated |
| 267 | Email between Lisha Allen and Sean Hu re: August Monthly Report. |

| | | (CSPC0118554), 2015-09-01 |
|---|---|---|
| | 268 | Dophen BioMed March 2017 Monthly Report attached to L. Allen email. (CSPC0118555-CSPC0118568), 2015-08-27 |
| | 269 | Dophen BioMed March 2017 Monthly Report attached to L. Allen email. (CSPC0118569-CSPC0118582), 2015-08-27 |
| | 270 | Email between Lisha Allen and Sean Hu re: bispecific powerpoint and DBCO compound. (CSPC0118583), 2017-02-17 |
| | 271 | Bispecific Antibody Preparation by Cross-linking (Copper Catalyst Click Chemistry Method PowerPoint. (CSPC0118584-CSPC0118589), undated |
| | 272 | Email between L. Allen and Lixin Feng re: DP3O3c Production report for GLP Tox batch. (CSPC0118590), 2017-01-12 |
| | 273 | DP3O3c HME03192016 Production Report. (CSPC0118591-CSPC0118610), 2017-01-11 |
| | 274 | Email between Sean Hu and Lisha Allen re: Six New mutants re: Two New Pro-mTgase mutants. (CSPC0118611-CSPC0118613), 2015-08-20 |
| | 275 | list of the Six PromTgase mutants. (CSPC0118614-CSPC0118617), undated |
| | 276 | Email between Lixin Feng L. Allen and re: CoA's. (CSPC0118618), 2017-01-05 |
| | 277 | Certificate of Analysis. (CSPC0118619), 2016-04-29 |
| | 278 | Certificate of Analysis. (CSPC0118620), 2016-03-25 |
| | 279 | Certificate of Analysis. (CSPC0118621), 2016-01-15 |
| | 280 | Certificate of Analysis. (CSPC0118622), 2016-03-02 |
| | 281 | Email between Lisha Allen and Sean Hu re: January Monthly Report. (CSPC0118623), 2016-02-01 |
| | 282 | Dophen BioMed January 2016 Monthly Report attached to L. Allen email. (CSPC0118624-CSPC0118637), 2015-01-30 (sic) |
| | 283 | Dophen BioMed January 2016 Monthly Report attached to L. Allen email. (CSPC0118638), 2015-01-30 (sic) |

| 284 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0118652), 2016-01-01 |
| 285 | Dophen BioMed December 2015 Monthly Report attached to L. Allen email. (CSPC0118653- CSPC0118663), 2015-12-30 |
| 286 | Dophen BioMed December 2015 Monthly Report attached to L. Allen email. (CSPC0118664- CSPC0118674), 2015-12-30 |
| 287 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0118675), 2015-12-01 |
| 288 | Dophen BioMed November 2015 Monthly Report attached to L. Allen email. (CSPC0118676- CSPC0118682), 2015-11-30 |
| 289 | Dophen BioMed November 2015 Monthly Report attached to L. Allen email. (CSPC0118683- CSPC0118689), 2015-11-30 |
| 290 | Email between Lisha Allen and Sean Hu re: Monthly Report. (CSPC0118690), 2015-11-01 |
| 291 | Dophen BioMed October 2015 Monthly Report attached to L. Allen email. (CSPC0118691-CSPC0118705), 2015-10-30 |
| 292 | Dophen BioMed October 2015 Monthly Report attached to L. Allen email. (CSPC0118706-CSPC0118720), 2015-10-30 |
| 293 | Email between Sean Hu and Lisha Allen re: New mTgase ordered. (CSPC0118721), 2016-06-28 |
| 294 | PromTgase new mutants June 2016. (CSPC0118722), undated |
| 295 | Email between Lisha Allen and Ou Yang Yue re: peptide mapping on HPLC protocol. (CSPC0118723), 2016- 11-02 |
| 296 | DP303c Peptide Profile Sample Preparation and Analysis for Release and Stability. (CSPC0118724), 2016-10- 26 |
| 297 | Email between Lisha Allen and Dr. T Hechler re: Protocols for ADC preparation through the use of mTgase. (CSPC0118730), 2016-10-12 |

| | | |
|---|---|---|
| 298 | Direct Conjugation of IgGi Antibody by Microbial Transglutaminase II. (CSPC0118731-CSPC0118735), 2016- 10-06 | |
| 299 | ADC Conjugation Reaction Analysis by RP-HPLC. (CSPC0118736-CSPC0118741), 2016-10-10 | |
| 300 | ADC Purification by Protein Affinity Chromatography II. (CSPC0118742-CSPC0118746), 2016-10-06 | |
| 301 | Email between Lisha Allen and J. Fang re: ADC filing. (CSPC0118747-CSPC0118748), 2017-01-19 | |
| 302 | DP303C Stability Study Results Overview. (CSPC0118749-CSPC0118779), 2017-01-18 | |
| 303 | DP303C Stability Study sample checklist. (CSPC0118780), undated | |
| 304 | DP303C Reference Standard Characterization Checklist. (CSPC0118781-CSPC0118782), undated | |
| 305 | DP303C HME07302016 Drug Product Lot Release Checklist. (CSPC0118783-CSPC0118784), undated | |
| 306 | Email between Lisha Allen and J. Fang re: COA's and Master drug files. (CSPC0118785), 2017-01-07 | |
| 307 | DP303c and Component Lot History Tables 01062017. (CSPC0118791-CSPC0118793), undated | |
| 308 | Email between Sean Hu, Yuxi Shan, and Lisha Allen re: Remove "AP" from CHW mutant. (CSPC0118794), 2015-10-10 | |
| 309 | CHW NHW protein and DNA sequences gene mutation information. (CSPC0118795), undated | |
| 310 | alignment.SPF (software file). (CSPC0118797), undated | |
| 311 | G558134 CHW protein and DNA sequences gene mutation information. (CSPC0118798), undated | |
| 312 | GS58134-2 pET39b-Mutant_1NHW.cm5 (software file). (CSPC0118802), undated | |

| 313 | GS58134-2 pET39b-Mutant_1NHW.gb (software file). (CSPC0118803-CSPC0118805), undated |
| 314 | Mutant_1NHW F1.ab1 (software file). (CSPC0118806-CSPC0119902), undated |
| 315 | Mutant_1NHW PET-F.ab1 (software file). (CSPC0119903-CSPC0120993), undated |
| 316 | original seq information. (CSPC0120994), undated |
| 317 | alignment.SPF (software file). (CSPC0120995-CSPC0120995), undated |
| 318 | GS58134-1 pET39b-Mutant_1CHW Plasmid Map. (CSPC0120996-CSPC0120999), undated |
| 319 | GS58134-1 pET39b-Mutant_1CHW.cm5 (software file). (CSPC0121000), undated |
| 320 | GS58134-1 pET39b-Mutant_1CHW.gb (software file). (CSPC0121001-CSPC0121003), undated |
| 321 | Mutant_1CHW F1.ab1 (software file). (CSPC0121004-CSPC0122075), undated |
| 322 | Mutant_1CHW PET-F.ab1 (software file). (CSPC0122076-CSPC0122147), undated |
| 323 | original seq information. (CSPC0122148), undated |
| 324 | email between Lisha Allen and Sean Hure: re: SEC-HPLC Method Validation. (CSPC0122149-CSPC0122149), undated |
| 325 | Super 3000 SEC-HPLC Method Validation. (CSPC0122150), undated |
| 326 | Email between Lisha Allen and Sean Hu re: September Monthly Report. (CSPC0122151), 2015-09-30 |
| 327 | Dophen BioMed September 2015 Monthly Report attached to L. Allen email. (CSPC0122152- CSPC0122165), 2015-09-28 |
| 328 | Dophen BioMed September 2015 Monthly Report attached to L. Allen email. (CSPC0122166), 2015-09-28 |
| 329 | ADC Reaction RT vs Time charts. (CSPC0122180), undated |
| 330 | Email between Rubin Yang, Sean Hu and L. Allen re: Disrupt Pro-mTgase interaction. (CSPC0122181), 2016- 09-07 |
| 331 | PM1-QQG &PM1-EEK general protocol. (CSPC0122182-CSPC0122183), undated |

| 332 | Email between Rubin Yang and Sean Hu re: mTgase new constructs. (CSPC0122184), 2016-08-29 |
| 333 | mTgase new constructs. (CSPC0122185-CSPC0122190), undated |
| 334 | Email between Rubin Yang, Sean Hu and L. Allen re: mTtgase production used for DP303c batches. (CSPC0122191), 2017-03-07 |
| 335 | Sources 15s NHW purification protocol sheet. (CSPC0122192-CSPC0122193), undated |
| 336 | Email between Yingui Li and Sean Hu re: Fwd: FW: International Application No. PCT/US2015/035375 (Our Reference: 72069-20001.40). (CSPC0096848 - CSPC0096854), 2017-08-07 |
| 337 | Payroll records for Dophen Biomed, Inc. (10/14/2016, 12/16/2016, 3/14/2017, and 6/15/2017). (CSPC0096867 -CSPC0096873), 2017-06-15 |
| 338 | Photograph of Sean Hu in front of the office sign at 2945 Ramco St. #150, West Sacramento, CA, 95691. (CSPC0000010), 2013 |
| 339 | CSPC Dophen Corporation employment offer letter to Sean Hu signed by Jinxu Wang. (CSPC0000048- CSPC0000049), 2011-09-27 |
| 340 | Dophen Biomed Inc. Chase bank statement. (CSPC0000114-CSPC0000137), 2016-10-26 |
| 341 | Confirmation Details of Dophen Biomed Inc. wire payment (CSPC0000141), undated |
| 342 | Screenshot of Sean Hu's text messages. (CSPC0000185), 7/4/2017 - 7/10/2017 |
| 343 | CSPC Dophen Chase Bank Account (7205) statements (CSPC0000257-CSPC0000292), 2017-01-01 |
| 344 | DP303c Study report prepared by Xiancheng Zeng and sponsored by Dophen Biomed Corporation. (CSPC0058132-CSPC0058158), 2016-03-28 |
| 345 | NIH Grant Application (Phase I). (CSPC0073657-CSPC0073720), 2015-12-17 |
| 346 | Email between Kelly Aubrecht at NIGMS Sean Hu and Ashley Smith re: Phase II Continuation Package -- Grant Number 1R44GM121096-01. (CSPC0073737- |

| | |
|---|---|
| | CSPC0073740), 2017-07-25 |
| 347 | Employment offer letter to Tianxin Wang signed by Sean Hu. (CSPC0073825-CSPC0073826), 2014-04-03 |
| 348 | Email between Jasmine Xiong, Sean Hu and Zuofeng Feng at Gateway pharmaceutical re: Order for PBD. (CSPC0074010-CSPC0074013), 2015-04-10 |
| 349 | Confidentiality Agreement between Dophen Biomedical and China Gateway Life Science (Holdings) Ltd. signed by Sean on behalf of Dophen Biomedical. (CSPC0074014-CSPC0074017), 2015-04-01 |
| 350 | Master Services Agreement between Dophen Biomedical and China Gateway Life Science (Holdings) Ltd. Signed by Sean on behalf of Dophen Biomedical. (CSPC0074018-CSPC0074034), 2015-04-01 |
| 351 | Email from Sean Hu to Peter Fang from Shanghai CP Guojian pharmaceutical Co., Ltd. re: Dophen's Patent Introduction. (CSPC0074057-CSPC0074064), 2015-05-27 |
| 352 | Draft confidential agreement between Shanghai CP Guojian Pharmaceutical Co., Ltd and CSPC Dophen Biomed. (CSPC0074065-CSPC0074066), 2015-06-04 |
| 353 | Draft confidential agreement between Shanghai CP Guojian Pharmaceutical Co., Ltd and CSPC Dophen Biomed. (CSPC0074070-CSPC0074073), 2015-06-04 |
| 354 | Email from Sean Hu instructing Jasmine Xiong and Lisha Allen re: how to set up your new Dophen mail on Outlook. (CSPC0074074-CSPC0074075), 2015-06-08 |
| 355 | Email between Gan (Peter) Fang, Jasmine Xiong and Sean Hu re: CDA Agreement. (CSPC0074077), 2015-06- 16 |
| 356 | Signed MSA between Dophen Biomed Corporation and a Shanghai biomedical company. (CSPC0074099- CSPC0074101), 2016-02-03 |
| 357 | Signed sponsor letter by Sean Hu to Glycohub, Inc. on behalf of CSPC Dophen Corporation re NIH SBIR Phase I proposal. (CSPC0074516), 2016-08-22 |
| 358 | Email from Sabrina Lichsteiner (Heidelberg Pharma GmbH) to Jasmine Xiong and Sean Hu re: Enzyme Shipment from Dophen. (CSPC0074549-CSPC0074550), 2016- |

| | 10-12 |
|---|---|
| 359 | Invoice to Heidelberg Pharma GmbH for €50,000 for Recombinant Microbial Transglutaminase (mTGase) Dophen Biomed, Inc. (CSPC0074551), undated |
| 360 | Specific technical descriptions from page 41 on re: DP303c and studies in NIH grant letter. (CSPC0076208- CSPC0076334), undated |
| 361 | Email between Sean Hu and Jim Rinehart, Yingui Li, and Jinxu Wang re: partnership between City of Sacramento and CSPC Dophen BioMed. (CSPC0076506-CSPC0076507), 2012-03-20 |
| 362 | Invitation letter by Sean Hu on behalf of Dophen Biomed to Xiwu Hui to participate in drug research program. (CSPC0077172), 2014-07-10 |
| 363 | NIH SBIR support letter from Jasmine Xiong, in which she stated that Dophen Biomed will lease space to Glycohub within CSPC Dophen R & D lab. (CSPC0077227), 2015-02-17 |
| 364 | Email between Jasmine Xiong and Li Yanhong re: Supporting letter and lease. (CSPC0077232- CSPC0077234), 2015-04-01 |
| 365 | Draft lease agreement between Dophen Biomed (landlord) and Glycohub (tenant), for a portion of the Building located in 4070 Truxel Road Sacramento, CA. (CSPC0077235-CSPC0077238), 2015-04-01 |
| 366 | NIH SBIR support letter signed by Sean Hu stating that Dophen Biomed is leasing CSPC Dophen R& D lab to tenant Glycohub, Inc. (CSPC0077240), 2015-04-01 |
| 367 | Request for Taxpayer Identification Number (Form W-9) for CSPC Dophen Corporation. (CSPC0077890- CSPC0077893), undated |
| 368 | CSPC Dophen Corp payroll, as a parallel to and a contrast to the Dophen Biomed payroll that contained Sean's name and other employees who worked under him . (CSPC0077953), 2013/10/26 |
| 369 | Email between Jasmine Xiong and Sean Hu re Jasmine creating @dophenbiomed.com account for Sean Hu. (CSPC0078063-CSPC0078065), - 2013/11/25 |

| 370 | Email between Jasmine Xiong and Lan Tang re: Order Summary (GenScript order 470719 for quotation 1166031) -- Please review this order and reply for any changes immediately CRM:0106000000269. (CSPC0078075-CSPC0078078), 2014-06-30 |
| --- | --- |
| 371 | Email between Jasmine Xiong and Sean Hu re: Fees for ADC prep and ADC Summitt Poster. (CSPC0078083- CSPC0078093), 2014-08-07 |
| 372 | Invoice from Dophen Biomed, Inc. to Heidelberg Pharma GmbH, for Recombinant Microbial Transglutaminase (mTGase), with the total amount of € 50,000.00 and requesting the payment to be made to Dophen Biomed Inc. (CSPC0078235), 2014-12-02 |
| 373 | Email from Sean Hu to Audrey Jia re: Proposal for your IND filing. (CSPC0079092-CSPC0079102), 2016-10- 07 |
| 374 | Email from Sean Hu to Jianguo Yang re: Information regarding to our bispecific antibody projects (CSPC0079552), 2016-07-21 |
| 375 | Summary study for NIH grant, release date: April 2, 2016 (PDF) Meeting date: March 14, 2016 Request date: July 1, 2016. (CSPC0081470-CSPC0081482), 2016-05-12 |
| 376 | Draft material transfer agreement between CSPC and Heidelberg Pharma. (CSPC0081553-CSPC0081562), 2016-04-02 |
| 377 | Email from Sean Hu to Yan Wang re: please reply asap regarding your lunch choice. (CSPC0082452- CSPC0082453), 2015-09-29 |
| 378 | Email between Sean Hu and Gan (Peter) Fang CGPJ Pharmaceuticals re: CDA agreement. (CSPC0082585- CSPC0082586), 2015-06-16 |
| 379 | Email between Yingui Li and Sean Hu re: Fwd: Company registration. (CSPC0094330-CSPC0094333), 2015- 06-12 |
| 380 | Email from Sean Hu to "seanhu2020@gmail.com" re: none. (CSPC0085216-CSPC0085216), 2017-08-07 |
| 381 | Email between Sean Hu and Li Yanhong re: Supporting Letter and lease. (CSPC0087755-CSPC0087758), 2016-07-21 |

| | |
|---|---|
| 382 | Employment offer letter from Sean Hu to Song Xiong (Jasime Xiong). (CSPC0089050), 2016-02-11 |
| 383 | Commercialization Plan of Dophen Biophen. (CSPC0089988-CSPC0089991), 2014-03-07 |
| 384 | Office of Research integrity Small Organization Statement for Handling Allegations of Research Misconduct Involving Public ! Health Services Research and Related Activities. (CSPC0091228), 2015-12-17 |
| 385 | Signed letter from Sean Hu to NIH Center for Scientific Review. (CSPC0091293), 2017-04-03 |
| 386 | Letter from Yingui Li announcing Sean Hu's resignation from CSPC Dophen Corporation. (CSPC0091486), 2015-12-23 |
| 387 | Termination letter outlining terms of Sean's termination. (CSPC0091487), 2017-07-10 |
| 388 | Email between Li Yingui and Sean Hu re Dophen's Patent Introduction. (CSPC0093760-CSPC0093768), 2107 07-10 |
| 389 | Bispecific Antibody Grant Application submitted by Sean on behalf of Dophen Biomed, Inc. (CSPC0094476- CSPC0094519), 2016-05-27 |
| 390 | Commercial lease final agreement signed by Jasmine Xiong and Sean Hu on December 15, 2015. (CSPC0094583-CSPC0094587), 2017-04-05 |
| 391 | Letter from Jasmine Xiong to Sean Hu attaching signed lease. (CSPC0094661-CSPC0094665), 2015-12-15 |
| 392 | Letter from Ashley Smith to Lixin Feng & Yingui Li regarding Payroll Discrepancy Found During Audit -- Action Taken to Correct. (CSPC0094678), 2015-12-15 |
| 393 | Dophen Biomed Form W-9 signed by Ashley Smith. (CSPC0094685), 2017-07-25 |
| 394 | Department of Health and Human Services Payment Management System Request Access. (CSPC0094686- CSPC0094688), 2016-06-06 |
| 395 | Payroll Details of each employee under Dophen Biomed Inc within Pay Period from 05/01/2017 to 07/31/2017. (CSPC0094689-CSPC0094691), 2016-08-08 |

| | |
|---|---|
| 396 | Research Collaboration and License Option Agreement between Heidelberg Pharma GmbH and Dophen Biomed. (CSPC0094762-CSPC0094774), 2017-07-31 |
| 397 | E-mail between Sean Hu and Jinxu Wang re: DP303 IND Sponsor. (CSPC0094822-CSPC0094823), 2016-09- 22 |
| 398 | Research Collaboration and License Option Agreement between Heidelberg Pharma GmbH and Dophen Biomed. (CSPC0094845-CSPC0094857), 2017-04-11 |
| 399 | Response from California Secretary of State to Jasmine Xiong's request regarding name availability reservation with CA Secretary of State before registering Dophen Biomed, Inc. (CSPC0094858- CSPC0094859), 2016-09-22 |
| 400 | Dophen BioMed Inc. California Business Entity Title. (CSPC0102727-CSPC0102728), 2014-04-23 |
| 401 | Presentation by Sean Hu, on behalf of Dophen Biomed, titled "The most stable site-specific ADCs Made Simple." (CPSC0079888-CSPC0079918), 2017-09-28 |
| 402 | Email from Sean Hu to Ashley smith re: Tax records and financial documents. (CSPC0096314), 2105-06-12 |
| 403 | Assignment Agreement between Sean Hu, Lisha Allen, Dophen Biomed and CSPC Dophen Corporation. (CSPC0096337-CSPC0096342), 2018-03-07 |
| 404 | Declaration of Lixin Feng iso CSPC Dophen Corporation's ex parte application for expedited discovery |
| 405 | Declaration of Sean Hu iso Motion for Disqualification of Counsel including exhibits at ECF Nos. Dkt 16-1 to 16-14. 2017-09-29 |
| 406 | Declaration of Sean Hu iso Opposition to Pltf's Motion for Expedited Discovery including exhibits at ECF Nos. Dkt 17-1 to 17-2. 2017-10-19 |
| 407 | Declaration of Lixin Feng iso CSPC Dophen Corporation's motion for expedited discovery at ECF No. 20-9. 2017-10-20 |
| 408 | Declaration of Lisha Allen iso CSPC Dophen Corporation's motion for expedited discovery at ECF No. 20-12. 2017-10-27 |

| 409 | Declaration of Sean Hu iso Opposition to Plaintiff's motion for expedited discovery at ECF No. 20-18. 2017- 10-27 |
| 410 | Declaration of Ashley Smith iso CSPC Dophen Corporation's motion for expedited discovery including exhibits at ECF Nos. Dkt 20-10 to 20-11. 2017-10-27 |
| 411 | Declaration of Michael Kunkel iso CSPC Dophen Corporation's motion for expedited discovery including exhibits at ECF Nos. Dkt 20-13 to 20-16. 2017-10-27 |
| 412 | Declaration of Lisha Allen in opposition to Sean Hu's motion for disqualification of counsel at ECF No. 28. 2017-10-27 |
| 413 | Declaration of Yingui Li in opposition to Sean Hu's motion for disqualification of counsel including exhibits at ECF Nos. Dkt 27 to 27-9. 2017-11-02 |
| 414 | Declaration of Ashley Smith in opposition to Sean Hu's motion for disqualification of counsel including exhibits at ECF Nos. Dkt 29 to 29-2. 2017-11-02 |
| 415 | Declaration of Yingui Li iso CSPC Dophen Corporation's surreply iso opposition to motion for disqualification of counsel including exhibits at ECF Nos. Dkt 38-1 to 38-2. 2017-11-02 |
| 416 | Declaration of Sean Hu iso Motion by Krogh & Decker LLP for leave to withdraw as counsel for defendant and counterclaimant Sean Hu at ECF No. 51-2. (n/a-), 2017-11-28 |
| 417 | Declaration of Sean Hu iso Sean Hu's opposition to CSPC Dophen Corporation's motion to dismiss and motion to strike first amended counterclaims including exhibits at ECF Nos. Dkt 65-1 to 65-4. 2018-04-16 |
| 418 | Declaration of Michael Kunkel iso CSPC Dophen Corporation's motion to compel discovery responses w Exs A-C at ECF No. Dkt 72-19. (n/a-), 2018-05-24 |
| 419 | Declaration of Ashley Smith iso CSPC Dophen Corporation's motion to compel discovery responses w Ex. 1 at ECF No. Dkt 72-20. 2018-06-08 |
| 420 | Declaration of Jiaying Fan iso Sean Hu's Opposition to CSPC Dophen Corporation's motion to dismiss and motion to strike first amended counterclaims [attached to jt |

| | | stmt re mtn to compel] at ECF No. Dkt 72-21. 2018-06-08 |
|---|---|---|
| | 421 | Declaration of Sean Hu iso Sean Hu's Opposition to CSPC Dophen Corporation's motion to dismiss and motion to strike first amended counterclaims [attached to jt stmt re mtn to compel] including exhibits at ECF Nos. Dkt 72-22 to 72-27. 2018-06-08 |
| | 422 | Declaration of Sean Hu iso Sean Hu's Opposition to CSPC Dophen Corporation's motion to dismiss and motion to strike first amended counterclaims including exhibits at ECF Nos. Dkt 74-1 to 74-3. 2018-06-08 |
| | 423 | Declaration of Jasmin Xiong iso Sean Hu's Opposition to CSPC Dophen Corporation's motion to compel discovery responses from Dr. Sean Hu at ECF No. 78-9. 2018-06-14 |
| | 424 | Declaration of Sean Hu iso Sean Hu's Opposition to CSPC Dophen Corporation's motion to compel discovery responses from Dr. Sean Hu including exhibits at ECF Nos. Dkt 78-10 to 78-12. 2018-06-22 |
| | 425 | Declaration of Sean Hu iso Sean Hu's Motion to disqualify counsel including exhibits at ECF Nos. Dkt 84-2 to 84-36. 2018-06-22 |
| | 426 | Declaration of Jasmine Xiong iso Sean Hu's Motion to disqualify counsel including exhibits at ECF Nos. Dkt 84-37 to 84-40. 2018-07-13 |
| | 427 | Declaration of Lisha Allen iso CSPC Dophen's Opposition to Motion to disqualify counsel at ECF No. 87-13. 2018-07-13 |
| | 428 | Declaration of Ashley Smith iso CSPC Dophen's Opposition to Motion to disqualify counsel including exhibits at ECF Nos. Dkt 87-1 to 87-3. 2018-07-27 |
| | 429 | Declaration of Yingui Li iso CSPC Dophen's Opposition to Motion to disqualify counsel including exhibits at ECF Nos. Dkt 87-14-to 87-31. 2018-07-27 |
| | 430 | Notice of Errata ad Correction to declaration of Sean Hu iso Sean Hu's motion to disqualify counsel including exhibits at ECF Nos. Dkt 88 to 88-1. 2018-07-27 |
| | 431 | Declaration of Sean Hu iso Sean Hu's opposition to CSPC Dophen's request for |

| | |
|---|---|
| | continuance of hearing date for Defendant's motion for disqualification of counsel including exhibits at ECF Nos. Dkt 90-1 to 90-5. 2018 07-31 |
| 432 | Sean Hu's Reply [declaration iso reply] to CSPC Dophen's opposition to motion for disqualification of counsel including exhibits at ECF Nos. Dkt 91-1 to 91-2. 2018-08-02 |
| 433 | Declaration of Michael Kunkel [iso CSPC Mtn to Enforce Order] including exhibits at ECF Nos. Dkt 107-2 to 107-8. 2018-09-07 |
| 434 | Declaration of Sean Hu iso Sean Hu's opposition to CSPC Dophen Corporation's Misleading Motion to Enforce Court Order including exhibits at ECF Nos. Dkt 110-1 to 110-9. (n/a-), 2018-10-15 |
| 435 | Supplemental Declaration of Michael Kunkel [iso CSPC Mtn to Enforce Order] at ECF No. 112-1. 2018-11- 02 |
| 436 | Declaration of Sean Hu iso motion for sanctions against counter-defendants' counsel including exhibits at ECF Nos. Dkt 113-1 to 113-5. (n/a-), 2018-11-09 |
| 437 | Declaration of Jiaying Fan iso Sean Hu's Motion for Reconsideration including exhibits at ECF Nos. Dkt 116- 2 to 116-5. 2018-11-11 |
| 438 | Declaration of Sean Hu iso Reply to Motion for Sanctions against Counter-Defendants' Counsel including exhibits at ECF Nos. Dkt 128-1 to 128-7. (n/a-), 2018-11-18 |
| 439 | Declaration of Sean Hu iso Sean Hu's opposition to motion to quash or modify Defendant's subpoenas [Yingui Li Mtn to Quash] including exhibits at ECF Nos. Dkt 136-1 to 136-2. 2018-12-02 |
| 440 | Declaration of Sean Hu iso Sean Hu's opposition to motion to quash or modify Defendant's subpoenas [Conjupro's Mtn to Quash] including exhibits at ECF Nos. Dkt 137-1 to 137-2. 2018-12-07 |
| 441 | Declaration of Sean Hu iso Sean Hu's Request for Reconsideration by the District Court of Magistrate Judge's Ruling including exhibits at ECF Nos. Dkt 138-1 to 138- |

| | 9. 2018-12-07 |
|---|---|
| 442 | Declaration of Tom Gao iso Sean Hu's Amended Counterclaim [filed with Mtn for 30-day ext to file 2d Amended Counterclaim] at ECF No. 156-1. 2018-12-09 |
| 443 | Declaration of Dr. Hui Ouyang iso Sean Hu's motion for summary judgment [attached to Second Amended Counterclaims, decl dated 1-30-2019] including exhibits at ECF Nos. Dkt 224-1 to 224-2. 2019-12-06 |
| 444 | Declaration of Tom Gao iso Sean Hu's Amended Counterclaim [filed with 2d Amended Counterclaim] including exhibits at ECF Nos. Dkt 224-9 to 224-23. 2019-12-10 |
| 445 | Declaration of Sean Hu iso Sean Hu's motion to enforce court's subpoenas to depose CSPC-Dophen's officers including exhibits at ECF Nos. Dkt 242-1 to 242-6. 2019-12-10 |
| 446 | Declaration of Sean Hu iso Sean Hu's motion to compel discovery responses from CSPC-Dophen's including exhibits at ECF Nos. Dkt 243-1 to 243-5. 2020-01-31 |
| 447 | Declaration of Dongchen Cai iso CSPC Dophen's opposition to Hu's motion to enforce court subpoenas to depose CSPC Dophen's officers at ECF No. 255-7. 2020-01-31 |
| 448 | Declaration of Yingui Li iso CSPC Dophen's opposition to Hu's motion to enforce court subpoenas to depose CSPC Dophen's officers at ECF No. 255-8. 2020-03-06 |
| 449 | Hu Exhibits A and B to Joint Statement re Renewed Motion to Compel Discovery Responses including exhibits at ECF Nos. Dkt 254-1 to 254-2. 2020-03-06 |
| 450 | Declaration of Sean Hu iso Sean Hu's motion to enforce court's subpoenas to depose CSPC-Dophen's officers including exhibits at ECF Nos. Dkt 255-1 to 255-6. 2020-03-06 |
| 451 | Declaration of Sean Hu regarding service of summons of counterclaim defendants' counsel Mr. Wilson including exhibits at ECF Nos. Dkt 277, 277-6. 2020-03-06 |
| 452 | POS Dongchen Cai (attached to declaration) including exhibits at ECF No. Dkt 277- |

| | | |
|---|---|---|
| | | 1. 2020-11-10 |
| | 453 | Declaration of Sean Hu iso his motion for leave to amend 2nd counterclaim including exhibits at ECF Nos. Dkt 295-1 to 295-6. 2020-12-24 |
| | 454 | Declaration of Sean Hu iso his motion for sanction including exhibits at ECF Nos. Dkt 296-1 to 296-8. 2022- 05-06 |
| | 455 | Declaration of Pina Cardarelli iso CSPC Dophen's motion for summary judgment including exhibits at ECF No. Dkt 308-2 to 308-3. 2022-05-11 |
| | 456 | Declaration of Mike Kunkel iso CSPC Dophen's motion for summary judgment including exhibits at ECF Nos. Dkt 308-4 to 308-5. 2022-06-17 |
| | 457 | Declaration of Sean Hu iso Sean Hu's opposition to CSPC Dophen's motion for summary judgment including exhibits at ECF Nos. Dkt 310-2 to 310-11. 2022-06-20 |
| | 458 | Declaration of Sean Hu iso his response and opposition to CSPC Dophen Corporation's objections to Magistrate Judge's order including exhibits at ECF Nos. Dkt 318-1 to 318-2. 2022-06-28 |
| | 459 | Email between Sean Hu and Jinxu Wang re: My Salary pay 50% in RMB via Hongkong. (CSPC0094775), |
| | 460 | U.S. Patent Application US 2017/0106096. 2011-11-04 |
| | 461 | Dophen Biomed, Inc. Form FC55927. (CSPC0094338), 2016-03-15 |
| | 462 | International Application WO 2015/191883 A1. (CSPC0082954-CSPC0083033), 2016-10-27 |
| | 463 | Payroll Details of each employee under Dophen Biomed Inc within Pay Period from 05/01/2017 to 07/31/2017. (CSPC0094689-CSPC0094691), 2018-01-17 |
| | 464 | Department of Health and Human Services Payment Management System Request Access. (CSPC0094686- CSPC0094688), 2016-08-09 |
| | 465 | Dophen Biomed Form W-9 signed by Ashley Smith. (CSPC0094685), 2016-08-08 |
| | 466 | NIH Grant Application Package. (CSPC0094522-CSPC0094554), 2015-12-28 |
| | 467 | Email between Qingxi Wang and Sean Hu re: Fw: Countersigned Agreement. |

| | |
|---|---|
| | (CSPC0087805), 2017-04-20 |
| 468 | Grant Progress Report. (CSPC0078262-CSPC0078281), 2016-10-02 |
| 469 | Letter from Dr. Hu to Dr. Yu. (CSPC0078227-CSPC0078228), 2016-03-23 |
| 470 | CSPC Dophen Quarterly Federal Tax Return. (CSPC0078205-CSPC0078207), 2016-08-30 |
| 471 | Email between Jasmine Xiong and Glycohub re: "Re: Urgent Supporting letter for SBIR." (CSPC0077239), 2016-04-15 |
| 472 | Email between Jasmine Xiong and Xi Chen re: Supporting letter and lease. (CSPC0077225-CSPC0077226), 2015-04-01 |
| 473 | Levena Biopharma Invoice. (CSPC0074561), 2015-02-17 |
| 474 | Levena Biopharma Invoice. (CSPC0074560), 2016-10-07 |
| 475 | NIH Notice of Award. (CSPC0094468-CSPC0094475), 2016-10-13 |
| 476 | CSPC Dophen Corporation California Business Entity Title. (CSPC0000201), 2016-02-29 |
| 477 | Assignment Agreement between CSPC Dophen Corporation and Dophen Biomed, Inc. (CSPC0000143- CSPC0000144), 2016-12-08 |
| 478 | Payment re: "Payment to Dophen Biomed from CSPC." (CSPC0000142), 2017-06-30 |
| 479 | Payment re: "Payment to Dophen Biomed from CSPC." (CSPC0000141), 2017-07-27 |
| 480 | Buyer Final Closing Statement for property located at 4070 Truxel Road, Sacramento, CA. (CSPC0000140), 2017-07-27 |
| 481 | City of West Sacramento Business License No. 15009. (CSPC0057215), 2012-05-22 |
| 482 | CMC Strategies for Antibody-Drug Conjugates - The Bioprocessing Summit. (CSPC0000145-CSPC0000147), 2012-11-16 |
| 483 | State of California Certificate of Qualification CSPC Dophen Corporation. (CSPC0057216-CSPC0057217), 2017-08-01 |
| 484 | CSPC Dophen Business Operations Tax Certificate for City of Sacramento. (CSPC0000251), 2011-02-14 |

| 485 | CSPC Dophen Corporation Change of Address form sent to Secretary of State of the State of California regarding 4070 Truxel Road, Sacramento, CA. (CSPC0057221), 2012-05-03 |
| --- | --- |
| 486 | CSPC Dophen Corp. Monthly Work Schedule and Report. (CSPC0122946), 2012-08-21 |
| 487 | Dophen Biomed 2011 Annual Report. (CSPC0000255), 2011-11-30 |
| 488 | Certificate of Status CSPC Dophen Corporation. (CSPC0057214), undated |
| 489 | Dophen Biomedical Business Operation Tax Notice. (CSPC0057222), 2011-02-11 |
| 490 | Dophen Biomed Inc. Articles of Incorporation. (CSPC0000006), 2016-06-10 |
| 491 | Grant Application for Novel enzymatic site-specific antibody drug conjugation technique to produce homogeneous antibody drug conjucate (ADC)s with improved safety, stability, and efficacy. (CSPC0057077- CSPC0057140), 2014-04-22 |
| 492 | Dr. Sean Hu Employee File. (SMP00001-SMP000061), 2017-04-05 |
| 493 | Chase Bank Statement June 28, 2016 thru June 30, 2016. (CHASE0000126-CHASE0000127), various |
| 494 | Chase Bank Statement July 1, 2016 thru July 29, 2016. (CHASE0000128-CHASE0000129), 2018-11-02 |
| 495 | Chase Bank Statement July 30, 2016 thru August 31, 2016. (CHASE0000130-CHASE0000131), 2018-11-02 |
| 496 | Chase Bank Statement September 1, 2016 thru September 30, 2016. (CHASE0000132-CHASE0000133), 2018-11-02 |
| 497 | Chase Bank Statement October 1, 2016 thru October 31, 2016. (CHASE0000134-CHASE0000135), 2018-11- 02 |
| 498 | Chase Bank Statement November 1, 2016 thru November 30, 2016. (CHASE0000136-CHASE0000139), 2018-11-02 |
| 499 | Chase Bank Statement December 1, 2016 thru December 30, 2016. (CHASE0000142-CHASE0000143), 2018-11-02 |

| 500 | Chase Bank Statement December 31, 2016 thru January 31, 2017. (CHASE0000149-CHASE0000152), 2018- 11-02 |
| 501 | Chase Bank Statement February 1, 2017 thru February 28, 2017. (CHASE0000155-CHASE0000156), 2018- 11-02 |
| 502 | Chase Bank Statement March 1, 2017 thru March 31, 2017. (CHASE0000160-CHASE0000161), 2018-11-02 |
| 503 | Chase Bank Statement April 1, 2017 thru April 28, 2017. (CHASE0000168-CHASE0000169), 2018-11-02 |
| 504 | Chase Bank Statement April 29, 2017 thru May 31, 2017. (CHASE0000173-CHASE0000174), 2018-11-02 |
| 505 | Chase Bank Statement June 1, 2017 thru June 30, 2017. (CHASE0000175-CHASE0000178), 2018-11-02 |
| 506 | State of California Certificate of Qualification CSPC Dophen Corporation. (CSPC0057210-CSPC0057213), 2018-11-02 |
| 507 | ECF No. 25-2: Plaintiff's Dophen BioMed, Inc.'s Responses to CSPC Dophen's Form Interrogatories -- General (Set One). 2017-09-28 |
| 508 | ECF No. 26-1: Notice of Recordation: initial assignment of the patent application recorded with the U.S. Patent and Trademark Office (-), 2017-10-25 |
| 509 | ECF No. 26-2: Provisional Assignment -- corrective assignment recorded with the USPTO on October 20, 2016 , 2015-06-05 |
| 510 | ECF No. 26-3: email between Janet Xiao, Sean Yu and Yan Qi re: Re: Re: Fwd: Dophen Company Name. 2016-10-20 |
| 511 | ECF No. 26-4: Assignment Agreement re Homogenous Antibody Drug Conjugates via Enzymes Methods -- confirmatory assignment recorded with the USPTO on March 8, 2017. 2016-12-11 |
| 512 | ECF No. 61-3:Declaration of Michael Kunkel, Director of Investigative Services of Setec Security Technologies, Inc. 2017-03-08 |

| 513 | ECF No. 150-3: Certified translation of Sean Hu txt messages. 2018-02-18 |
| 514 | ECF No. 150-4: Certified translation of Sean Hu txt messages. 2017-11-02 |
| 515 | ECF No. 150-5: Certified translation of Sean Hu txt messages. 2017-11-02 |
| 516 | ECF No. 150-6: Certified translation of Sean Hu txt messages. 2017-11-02 |
| 517 | ECF No. 150-7: Certified translation of Sean Hu txt messages. 2017-11-02 |
| 518 | ECF No. 200-5: PowerPoint presentation produced by non-party Urban Real Estate Investment, Inc. in response to CSPC Dophen's Subpoena Duces Tecum dated January 18, 2019 (submitted under seal). 2017- 11-02 |
| 519 | ECF No. 202-28: A copy of a check payable to ADCure Biomed, Inc. from Urban Real Estate Investment, Inc. for $200,000 dated June 1, 2018 produced by non-party UREII. (UREII 001-UREII 001), 2018-05-03 |
| 520 | ECF No. 202-29: email exchange dated October 6, 2017 between Dr. Hu and Peggy Tang of UREII re: My CV anf BP Deck (UREII 002-UREII 004), 2018-06-01 |
| 521 | ECF No. 202-29: email exchange dated October 6, 2017 between Dr. Hu and Peggy Tang of UREII re: My CV anf BP Deck (UREII 005-UREII 036), 2017-10-06 |
| 522 | ECF No. 302-2: CSPC Dophen Corporation State of Delaware Certificate of Incorporation. 2018-08-29 |
| 523 | Wilson Declaration Exhibit B -- ECF No. 302-3: CPSC Dophen Corporation Certificate of Good Standing. 2019-05-31 |
| 524 | ECF No. 302-14: Invoice sent from Sean Hu under Dophen Biomed, Inc. to Heidelberg Pharma for purchase of Microbial Transglutaminase dated October 7, 2016. 2017-07-21 |
| 525 | Q4 20416 - PSC 272 FFR Report Source: Payment Management System. (CSPC0000227-CSPC0000235), |
| 526 | Grant Progress Report. (CSPC0057157), 2014-04-22 |
| 527 | Hu Response to CSPC Interrogatories No. 4. |
| 528 | Hu Responses to CSPC Dophen's Interrogatories (Set One). 2022-05-25 |

| 529 | Hu Verification for Responses to CSPC Dophen's Interrogatories (Set One). 2022-05-25 |
| 530 | Hu Supplemental Responses to CSPC Dophen's Interrogatories (Set One). 2022-05-25 |
| 531 | Hu's Responses to CSPC Dophen's Interrogatories (Set Two). 2022-06-17 |
| 532 | Hu's Supplemental Responses to CSPC Dophen's Interrogatories (Set One). 2018-06-08 |
| 533 | Hu's Responses to CSPC's Request for Admissions -- Set One. 2018-07-09 |
| 534 | Hu's Responses to Requests for Interrogatory Responses -- Set Three. 2017-11-20 |
| 535 | Hu Verification (RFAs Set One, Rogs Set 3, RFPs Sets 3 & 4). 2017-11-30 |
| 536 | Hu Responses to CSPC's 4th Set of Interrogatories (Rog No. 23). 2018-01-11 |
| 537 | Hu Verification (Rogs Set 4). 2018-06-08 |
| 538 | Hu's Responses to Requests for Interrogatory Responses -- Set Five. 2018-07-09 |
| 539 | A Brief Account of Ownership Dispute between CSPC and Sean. (CSPC0000212-CSPC0000216), 2017-08- 01 |
| 540 | Thousand Talents Plan Dr. Hu Application. (CSPC0000236-CSPC0000240), 2017-08-09 |
| 541 | State of Delaware Certificate of Incorporation CSPC Dophen.  2019-08-29 |
| 542 | State of Delaware Certificate of Good Standing CSPC Dophen.  2022-05-03 |
| 543 | Email from Yingui Li to Jinxu Wang re: Heidelberg Pharma. (CSPC0094779), 2018-02-06 |
| 544 | CSPC Dophen Deposit Form and W-9. (CSPC0078092-CSPC0078093), 2014-12-02 |
| 545 | Dophen Biomed Articles of Incorporate. (HU000049), 2014-04-22 |
| 546 | NIH Grant Application Cover Letter. (CSPC0088044), 2017-04-04 |
| 547 | Email from Sean Hu to Lennin Greenwood re: Request for additional information: 1R44GM121096 – 01 PI Name: Hu, Sean. (CSPC0086792-CSPC0086796), 2016-08-24 |
| 548 | Email from Xia Zuyong to Sean Hu re: Opportunity at Dophen. (CSPC0079428- |

| | | |
|---|---|---|
| | | CSPC0079429), 2017-05-03 |
| | 549 | Commercial Lease Agreement between CSPC Dophen and Dophen Biomed, Inc. (CSPC0000245- CSPC0000250), 2016-12-01 |
| | 550 | Email from Pahl Andreas to Sean Hu re AW: MTA, linker design and amount of mAB and toxin. (CSPC0081539-CSPC0081552), 2015-09-29 |
| | 551 | Email from Dophen Biomed to Sabrina Lichtsteiner re Enzyme Shipment from Dophen. (CSPC0078229- CSPC0078234), 2016-10-13 |
| | 552 | Email from Sean Hu to Lixin Feng et al re: Draft IND application ready by end of this Month. (CSPC0057258 ), 2017-01-06 |

1

**ATTACHMENT D**

2

Defendant's Exhibit List

3       As discussed at the final pretrial conference, in his objections to this tentative pretrial

4   order, defendant Dr. Hu is directed to revise his exhibit list.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28