UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZHIXIANG HU,<br><br>　　　　　Defendant.<br><br>ZHIXIANG HU,<br><br>　　　　　Counter Claimant,<br><br>　　v.<br><br>CSPC DOPHEN CORPORATION,<br><br>　　　　　Counter Defendant. | No. 2:17-cv-01895-DAD-DB (PS)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDERS AND DENYING DEFENDANT'S RENEWED REQUEST TO MODIFY THE FINAL PRETRIAL ORDER<br><br>(Doc. No. 357) |

　　This matter is before the court on defendant Dr. Hu's motion for partial reconsideration of the final pretrial order issued in this case. (Doc. No. 357.) Defendant Dr. Hu seeks reconsideration of a portion of the court's final pretrial order that sustained plaintiff CSPC Dophen's objections to relief sought by defendant Dr. Hu. (*Id.*) In addition, he requests that the court reconsider a portion of its March 11, 2024 order which denied his motion to amend the final

1

pretrial order with respect to relief sought both by plaintiff CSPC Dophen and defendant Dr. Hu in this action. (*Id.*)

The court will grant defendant Dr. Hu's motion for reconsideration in light of his *pro se* status and the court's inherent power to reconsider its own orders. *See Credit Suisse First Bos. Corp. v. Grunwald*, 400 F.3d 1119, 1124 (9th Cir. 2005) ("[W]e have long recognized 'the well-established rule that a district judge always has power to modify or to overturn an interlocutory order or decision while it remains interlocutory.'") (quoting *Tanner Motor Livery, Ltd. v. Avis, Inc.*, 316 F.2d 804, 809 (9th Cir. 1963)). Nonetheless, having reconsidered both the final pretrial order and its March 11, 2024 order modifying the final pretrial order in part, and despite defendant Dr. Hu's additional clarification provided in the pending motion, the court is unpersuaded that any modification of the relief sought section of the final pretrial order is necessary or appropriate. (*See* Doc. No. 352 at 11 n.5.) Thus, defendant Dr. Hu's renewed request to modify the pretrial order with respect to relief sought will be denied.

Accordingly,

1. Defendant Dr. Hu's motion for partial reconsideration (Doc. No. 357) of the final pretrial order (Doc. No. 352) and the court's March 11, 2024 order (Doc. No. 356) is granted; and

2. Upon reconsideration, defendant Dr. Hu's renewed request that the court modify the pretrial order with respect to relief sought is denied.

IT IS SO ORDERED.

Dated:  **March 21, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE