

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| CSPC DOPHEN CORPORATION, | CASE No.  2:17-cv-01895-DAD-SCR |
| Plaintiff, | |
| v. | **MINUTES** |
| ZHIXIANG HU, | Date:  September 18, 2024 |
| | Deputy Clerk: P. Buzo |
| Defendant*. | CRT RPTR:  Maryann Valenoti |

_____/

Counsel for Plaintiff:  Bryan Wilson, Chelsea Kehrer
Defendant:  Zhixiang Hu

## JURY TRIAL – DAY 1

| | |
|---|---|
| 9:25 am | Court in session.  Zhixiang Hu, pro se defendant, present.  Bryan Wilson and Chelsea Kehrer present and appeared for plaintiff.  Court discussed preliminary matters. Court discussed scheduling. Court discussed trial schedule, taking witnesses out of order. |
| 9:40 am | Pltf MIL [378] 3, 4, 5, based upon what is submitted, Court ruled from the bench MIL #3 granted and denied in part as stated on the record, MIL #4 granted as stated on the record, MIL #5 granted as stated on the record. MIL [379] #7 denied w/o prejudice subject to renewal as stated on the record. |
| 10:05 am | Dft MIL [409], after discussion, MIL denied as stated on the record; MIL [369], after discussion, MIL denied as stated on the record;  MIL [368] after discussion, MIL denied as stated on the record, MIL [370], after discussion, MIL denied as stated on the record; MIL [371], after discussion, MIL denied as stated on the record; MIL [372], after discussion denied as stated on the record; MIL [375], after discussion, MIL denied as stated on the record. |
| 10:30 am | Break |
| 10:40 am | Court back in session. |
| 10:40 am | Dft MIL [377], after discussion, MIL denied as stated on the record. MIL [407], after discussion, MIL denied as moot as stated on the record. |
| 10:53 am | Mr. Wilson addressed exhibits. |
| 11:10 am | Jury selection began. Prospective jurors sworn. |
| 12:00 pm | Break |
| 12:16 pm | Resume voir dire. |
| 12:50 pm | Lunch recess. |
| 1:55 pm | Back in the presence of the prospective jurors. Voir dire resumed. |
| 2:31 pm | Pltf Voir Dire. |

2:17-cv-01895-DAD-SCR, CSPC Dophen Corporation v. Zhixiang Hu
Minutes - Page 2

| 2:47 pm | Dft Voir Dire. |
|---------|----------------|
| 3:10 pm | Break |
| 3:27pm | Court back in session. Outside the presence of the prospective jury. Mr. Wilson addressed challenges. Dft addressed challenges. |
| 3:32 pm | Back in the presence of the prospective jurors. Court granted challenge for cause to juror #1 and excused. Challenge #2 overruled. |
| 3:45 pm | Peremtory challenges. |
| 3:51 pm | Jury sworn |
| 3:53 pm | Court instructed jury. |
| 4:30 pm | Court admonished jury. Jury in recess until 9/19/24 at 9:00 a.m. |
| | |
| | |
| | |

TIME IN COURT:   6 hours