UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSPC DOPHEN CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ZHIXIANG HU,<br><br>        Defendant. | No.  2:17-cv-01895-DAD-DB (PS) |
| ZHIXIANG HU,<br><br>        Counter Claimant,<br><br>   v.<br><br>CSPC DOPHEN CORPORATION,<br><br>        Counter Defendant. | ORDER SEALING MOTION TO ENFORCE JUDGMENT, EX PARTE APPLICATION, AND REPLY PURSUANT TO PARTIES' JOINT STIPULATION |

On October 21, 2024, the parties filed a joint stipulation that motions and exhibits filed by defendant Dr. Hu on October 3, 2024, October 7, 2024, and October 15, 2024 be replaced with redacted versions that do not discuss the terms of the confidential settlement entered into on September 19, 2024.  (Doc. No. 430 at 2; *see also* Doc. Nos. 425, 426, 428.)  Attached to that stipulation were redacted versions of those docket entries, which have now been filed and recorded on the docket.  (Doc. Nos. 430-1; 430-2; 430-3; 430-4; 430-5; 430-6; 430-7; 430-8.)  Pursuant to the parties' stipulation and good cause appearing, the court orders that the entries

1  marked as Docket Numbers 425, 426, and 428 and all exhibits attached to those entries be placed
2  under seal until further order of the court.
3      IT IS SO ORDERED.
4  Dated:  **October 22, 2024**                          /s/ Dale A. Drozd
5                                                        DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE